UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOUTHERN UTAH WILDERNESS ALLIANCE,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR, et al.,

Defendants.

Civil Action
No. 1:24-cv-2476-RC

**JOINT STATUS REPORT AND MOTION FOR SCHEDULING ORDER**

Pursuant to the Court's Minute Order of January 17, 2025, Plaintiffs and Defendants, by and through their undersigned counsel, respectfully submit the following Joint Status Report and jointly request that the Court approve the case management schedule set forth below.

**I.    Background and Support for Motion**

On August 28, 2024, Plaintiff filed this lawsuit against Defendants, alleging that the Bureau of Land Management violated the National Environmental Policy Act, Endangered Species Act, and the Administrative Procedure Act ("APA") with its decision to reaffirm thirty-five oil and gas leases located in Utah's San Rafael Desert and the Labyrinth Canyon Wilderness.  Dkt. 1.  On November 1, 2024, Plaintiff filed an Amended Complaint, Dkt. 8, which was served on November 22, 2024.  On January 17, 2025, Defendants filed an answer to the Amended Complaint.  Dkt. 20.

The parties have conferred and agree that this action will be reviewed based on an administrative record compiled under the scope and standard of review established by the APA and can be resolved through cross-motions for summary judgment.  *See* LCvR 7(n).  Accordingly, this action should be exempt from the requirements of Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.  *See* LCvR 16.3(b).  Defendants intend to file a certified

list of the contents of the administrative record with the Court by February 18, 2025 pursuant to Local Civil Rule 7(n)(1). In order to efficiently resolve any disputes concerning the administrative record, the parties propose that the Court enter a scheduling order governing this action as described below.

## II.     Proposed Schedule

### A.     Administrative Record and Related Motions

1. **February 18, 2025**: Deadline for Defendants to file the certified list of the contents of the administrative record.

2. **March 11, 2025**: Deadline for Plaintiff to identify to Defendants, in writing, any issues with the administrative record that may require its completion, supplementation, or other modification.

3. **March 25, 2025**: Deadline for Defendants to respond, in writing, to Plaintiff regarding any issues with the administrative record that Plaintiff has identified.

4. **April 8, 2025**: Deadline for Plaintiff's motion to complete or supplement the administrative record, if the parties are unable to resolve such issues during the conferral period set out above. If such a motion is filed, the summary judgment briefing schedule in Section II.B below shall be automatically vacated and, following resolution of the record motion, the parties will confer and file a new proposed summary judgment briefing schedule.

5. **April 29, 2025**: Deadline for Defendants' response to motion to complete or supplement the administrative record, if any.

6.    **May 9, 2025**:  Deadline for Plaintiff's reply in support of motion to complete or supplement the administrative record, if any.

B.    **Summary Judgment Motions**

1.    **April 17, 2025**:  Deadline for Plaintiff's motion for summary judgment on the administrative record.

2.    **May 29, 2025**:  Deadline for Defendants' combined cross-motion for summary judgment on the administrative record and Defendants' opposition to Plaintiff's motion for summary judgment.

3.    **July 3, 2025**:  Deadline for Plaintiff's combined reply to Defendants' opposition to Plaintiff's motion for summary judgment and Plaintiff's opposition to Defendants' cross-motion for summary  judgment.

4.    **July 31, 2025**:  Deadline for Defendants' reply to Plaintiff's opposition to Defendants' cross-motion for summary judgment.

The parties' summary judgment briefs will conform to the page limits in Local Civil Rule 7 unless the Court grants permission to deviate from those limits.  Pursuant to Local Civil Rule 7(f), the parties defer to the Court on whether oral argument is necessary to resolve the parties' cross-motions for summary judgment, or would otherwise benefit the Court.

In light of the schedule proposed above, the parties agree that a telephonic scheduling conference is not needed, but will make themselves available should the Court so direct.  A proposed order reflecting the parties' proposed schedule is attached hereto.

Respectfully submitted this 28th day of January, 2025.

LISA L. RUSSELL
Deputy Assistant Attorney General
Environmental & Natural Resource Division

/s/ John K. Heise
John K. Heise
Trial Attorney (CA Bar No. 331615)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-305-0421
John.Heise@usdoj.gov

S. JAY GOVINDAN, Chief
BRIDGET K. MCNEIL, Assistant Section Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Landon Newell*
Landon Newell (*pro hac vice*)
Hanna Larsen (*pro hac vice*)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
landon@suwa.org
hanna@suwa.org

*/s/ Elizabeth L. Lewis*
Elizabeth L. Lewis (D.C. Bar No. 229702)
William S. Eubanks II (D.C. Bar No. 987036)
EUBANKS & ASSOCIATES, PLLC
lizzie@eubankslegal.com
bill@eubankslegal.com
1629 K Street NW, Suite 300
Washington, D.C. 20006

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Alison C. Finnegan