UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Civil Action<br>No. 1:24-cv-2476-RC |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the Joint Status Report and Motion for Proposed Scheduling Order, it is hereby ORDERED that the motion is GRANTED.  The Court enters the following schedule for briefing and related matters in this case:

**A.     Administrative Record and Related Motions**

1.     **February 18, 2025**: Deadline for Defendants to file the certified list of the contents of the administrative record.

2.     **March 11, 2025**:  Deadline for Plaintiff to identify to Defendants, in writing, any issues with the administrative record that may require its completion, supplementation, or other modification.

3.     **March 25, 2025**: Deadline for Defendants to respond, in writing, to Plaintiff regarding any issues with the administrative record that Plaintiff has identified.

4.     **April 8, 2025**: Deadline for Plaintiff's motion to complete or supplement the administrative record, if the parties are unable to resolve such issues during the conferral period set out above.  If such a motion is filed, the summary

1

judgment briefing schedule in Section B below shall be automatically vacated and, following resolution of the record motion, the parties will confer and file a new proposed summary judgment briefing schedule.

5. **April 29, 2025**: Deadline for Defendants' response to motion to complete or supplement the administrative record, if any.

6. **May 9, 2025**: Deadline for Plaintiff's reply in support of motion to complete or supplement the administrative record, if any.

**B.** **Summary Judgment Motions**

1. **April 17, 2025**: Deadline for Plaintiff's motion for summary judgment on the administrative record.

2. **May 29, 2025**: Deadline for Defendants' combined cross-motion for summary judgment on the administrative record and Defendants' opposition to Plaintiff's motion for summary judgment.

3. **July 3, 2025**: Deadline for Plaintiff's combined reply to Defendants' opposition to Plaintiff's motion for summary judgment and Plaintiff's opposition to Defendants' cross-motion for summary judgment.

4. **July 31, 2025**: Deadline for Defendants' reply to Plaintiff's opposition to Defendants' cross-motion for summary judgment.

The parties' summary judgment briefs will conform to the page limits in Local Civil Rule 7 unless otherwise ordered.

IT IS SO ORDERED.

Dated: _____

_____
Rudolph Contreras
United States District Judge