# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 24-2476 (RC) |
| | : | | |
| v. | : | Re Document No.: | 18 |
| | : | | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report and Motion for Scheduling Order (ECF No. 18), it is hereby **ORDERED** that the motion is **GRANTED**, and that following schedule shall govern proceedings in this case:

1. Defendants shall file the certified list of the contents of the administrative record on or before **February 18, 2025**;

2. Plaintiff shall identify to Defendants on or before **March 11, 2025**, in writing, any issues with the administrative record that may require its completion, supplementation, or other modification;

3. Defendants shall respond on or before **March 25, 2025**, in writing, to Plaintiff regarding any issues with the administrative record that Plaintiff has identified;

4. Plaintiff shall file any motion to complete or supplement the administrative record, if the parties are unable to resolve such issues during the conferral period set out above, on or before **April 8, 2025**. If such a motion is filed, the summary judgment briefing schedule below shall be automatically vacated and, following

resolution of the record motion, the parties will confer and file a new proposed summary judgment briefing schedule;

5. Defendants shall respond to any motion to complete or supplement the administrative record, if any, on or before **April 29, 2025**;

6. Plaintiff shall file any reply in support of motion to complete or supplement the administrative record, if any, on or before **May 9, 2025**;

7. Plaintiff shall file its motion for summary judgment on the administrative record on or before **April 17, 2025**;

8. Defendants shall file their combined cross-motion for summary judgment on the administrative record and opposition to Plaintiff's motion for summary judgment on or before **May 29, 2025**;

9. Plaintiff shall file its combined reply to Defendants' opposition to Plaintiff's motion for summary judgment and its opposition to Defendants' cross-motion for summary judgment on or before **July 3, 2025**; and

10. Defendants shall file their reply to Plaintiff's opposition to Defendants' cross-motion for summary judgment on or before **July 31, 2025**.

**SO ORDERED**.

Dated: January 28, 2025                                                RUDOLPH CONTRERAS
                                                                        United States District Judge