UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Civil Action<br>No. 1:24-cv-2476-RC |

**NOTICE OF FILING CERTIFIED INDEX**
**TO THE REVISED ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1) and the Court's Scheduling Order of January 28, 2025 (Dkt. 19), Defendants hereby file the attached certified index to the revised administrative record for the Bureau of Land Management's action that is being challenged in this case. The certification of the revised administrative record and the index to the revised administrative record are attached as Exhibit 1. The index to the revised administrative record reflects that 26 documents have been added to the administrative record, Bates-numbered versions of which have been transmitted electronically to counsel for Plaintiff, with their consent, on April 1, 2025.

Respectfully submitted this 1st day of April, 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

BRIDGET KENNEDY MCNEIL, Assistant Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)

1

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

John K. Heise
Trial Attorney (CA Bar No. 331615)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-305-0421
John.Heise@usdoj.gov

*Attorneys for Federal Defendants*

2