# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Civil Action<br>No. 1:24-cv-2476-RC |

**CERTIFICATION OF REVISED ADMINISTRATIVE RECORD**

I, Christina Price, state as follows:

1.      I am currently employed by the U.S. Department of the Interior, Bureau of Land Management (BLM) as the Deputy State Director for Land and Minerals in the Utah State Office. In my capacity as Deputy State Director, I am responsible to ensure oil and gas leasing complies with, *inter alia*, the National Environmental Policy Act, the Mineral Leasing Act, and the Endangered Species Act.

2.      This office prepared the Utah State Office Evaluation of the September and December 2018 Oil and Gas Lease Sales Environmental Assessment (May 2024) and related Finding of No Significant Impact and Decision Record, which are challenged in this case. Documents pertaining to the Environmental Assessment and Finding of No Significant Impact and Decision Record, as well as the agency's assessment of the challenged action's impacts on species listed as threatened or endangered and their designated critical habitat pursuant to the Endangered Species Act, are located and maintained in this office.

1

3.    On February 13, 2025, I submitted a certification for the administrative record for the action challenged in this case.  Under my direction and supervision, BLM has revised the administrative record by adding 26 documents to the certified list of the contents of its administrative record for the decisions challenged in this case. The 26 documents are listed as references in the Environmental Assessment, but BLM inadvertently omitted them from the certified index to the administrative record that was filed on February 18, 2025.

4.    In addition, while compiling the additional documents, BLM learned that an entry on the Environmental Assessment's list of references mistakenly referred to "2018d. *San Rafael Desert Master Leasing Plan*. NEPA Register No. DOI-BLM-UT-G020-2016- 008-EA. Available at: https://eplanning.blm.gov/eplanning-ui/project/61781/510. Accessed April 26, 2023." The entry was intended to refer to the Reasonably Foreseeable Development Scenario for Oil and Gas in the San Rafael Desert Master Leasing Plan Area ("RFDS"), as cited in the Environmental Assessment.  *See* AR000558, AR000582.  The RFDS was already included in the administrative record.  *See* AR005222–AR005254.  A "San Rafael Desert Master Leasing Plan," however, was never finalized and, therefore, does not exist.

5.    BLM also learned that another entry on the Environmental Assessment's list of references was mis-dated. The entry for "Kaitchuck, J. 2023. Biologist, BLM. BLM UT Sept/Dec 2018 Lease Sales EA: Kit Fox habitat. Email communication. September 28, 2023[,]" should have been dated September 27, 2023. That document has been added to the certified list of the contents of the administrative record for the decision in this case.

6.    Based on my official knowledge and information, I certify that the materials listed on the attached index constitute the complete administrative record in support of the Utah State Office Evaluation of the September and December 2018 Oil and Gas Lease Sales Environmental

Assessment.

7.      As with the certified index that initially was filed on February 18, 2025, certain documents listed on the index to the revised administrative record contain deliberative information that is not part of the administrative record and, accordingly, that information is redacted. The index identifies the documents that contain redactions and the basis for the redactions in the column titled "Justification for Redactions."

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2025.

CHRISTINA
PRICE

Digitally signed by CHRISTINA
PRICE
Date: 2025.04.01 08:31:46 -06'00'

**Christina Price**
**Deputy State Director, Lands & Minerals**
**Utah State Office**
**Bureau of Land Management**

3

## Acronym List

| Acronym | Meaning |
|---|---|
| ACHP | Advisory Council on Historic Preservation |
| BLM | Bureau of Land Management |
| CEQ | Council on Environmental Quality |
| DR | Decision Record |
| EA | Environmental Assessment |
| EIS | Environmental Impact Statement |
| EPA | Environmental Protection Agency |
| FAQ | Frequently Asked Questions |
| FO | Field Office |
| FONSI | Finding Of No Significant Impact |
| GHG | Greenhouse Gas |
| GIS | Geographical Information Systems |
| IDT | Interdisciplinary Team |
| LWC | Lands with Wilderness Characteristics |
| NEPA | National Environmental Policy Act |
| NPS | National Park Service |
| O&G | Oil and Gas |
| RFD | Reasonably Foreseeable Development |
| RMP | Resource Management Plan |
| ROD | Record of Decision |
| SHPO | Utah State Historical Preservation Office |
| SITLA | State of Utah School and Institutional Trust Lands Administration |
| SO2 | Sulfur Dioxide |
| SUWA | Southern Utah Wilderness Alliance |
| SWCA | Steven W. Carothers & Associates |
| T&E | Threatened and Endangered |
| US | United States |
| USFWS | United States Fish and Wildlife Service |
| USGS | United States Geological Survey |
| UT | Utah |

## Administrative Record

**Southern Utah Wilderness Alliance v. U.S. Dep't of the Interior, No. 1:24-cv-2476-RC**
**BLM Utah September and December 2018 Oil and Gas Lease Sales EA**

| AR Number (final index only) | Filename | Number of Pages in File | Description/Link | Bates No. Begin (Final index) | Bates No. End (Final index) | Document Date | Author | Recipient | Redacted | Justification for Redaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **1. External Communications** | | | | | | | |
| 1 | 20230726_BLM_FinalEAPblcCommLtr | 2 | BLM letter notifying Final EA public commenters about the 30-day public commenting period | AR000001 | AR000002 | 7/26/2023 | BLM | Public Commenters | | |
| 2 | 20230726_BLM_PblcCommNotice_v1 | 4 | Recipient list of the BLM's notice of the 30-day public commenting period for the 59 challenged leases. | AR000003 | AR000006 | 7/26/2023 | BLM | Public Commenters | | |
| 3 | 20230726_BLM_PblcCommNotice_v2 | 4 | Notice of the 30-day public commenting period for the 59 challenged leases sent to agencies. | AR000007 | AR000010 | 7/26/2023 | BLM | Public Commenters | | |
| 4 | 20230807_SUWA_SUWAvHaaland | 9 | Email correspondence between the BLM and SUWA about the supplemental NEPA analysis that includes the SUWA v. Haaland settlement agreement. | AR000011 | AR000019 | 8/7/2023 | SUWA | BLM | | |
| 5 | 20230905_BLM_NPSInptLtr | 2 | Letter sent to the National Park Service (NPS) requesting input on the Sept/Dec 2018 Lease Sale EA. | AR000020 | AR000021 | 9/5/2023 | BLM | NPS | | |
| 6 | 20231012_BLM_NPSCommLtr | 6 | Comments from NPS on Sept/Dec 2018 Lease Sale EA. | AR000022 | AR000027 | 10/12/2023 | NPS | BLM | | |
| 7 | 20231107_BLM_NAHHnqshmntLetter | 3 | Letter the BLM sent to NAH Utah regarding the list of partially and fully relinquished leases that they requested. | AR000028 | AR000030 | 11/7/2023 | BLM | NAH Utah | | |
| 8 | 20240530_BLM_BwkntDsnLtr | 10 | Signed Bowknot decision notification letter that was sent to stakeholders. | AR000031 | AR000040 | 5/30/2024 | BLM | Decision File | | |
| 9 | 20240530_FinalEANtfctnLtr | 1 | Email sent to interested parties regarding the publishing of the decision for the new EA. | AR000041 | AR000041 | 5/30/2024 | BLM | Decision File | | |
| | | | **2. NEPA** | | | | | | | |
| | | | **a. EA Documents** | | | | | | | |
| | | | **i. Background Documents** | | | | | | | |
| 10 | 20230110_BLM_EmissionsTool | 3 | Tool intended for estimating greenhouse gas and criteria pollutant emissions. | AR000042 | AR000044 | 1/10/2023 | BLM | Decision File | | |
| 11 | 20230110_BLM_SCCCalcGuide | 5 | Social cost of greenhouse gas estimates tool for BLM analyses. | AR000045 | AR000049 | 1/10/2023 | BLM | Decision File | | |
| 12 | 20230110_BLM_SCGHGCalc | 2 | Results of the Social Cost of Greenhouse Gas calculator tool used for the lease sales. | AR000050 | AR000051 | 1/10/2023 | BLM | Decision File | | |
| 13 | 20230209_SWCA_NightSkyEx | 185 | Night sky example within the Carlsbad office Oil and Gas EA. | AR000052 | AR000236 | 2/9/2023 | BLM | SWCA | | |
| 14 | 20230301_SWCA_Stips&Notices | 45 | Stipulations and notices for the leases analyzed in the EA. | AR000237 | AR000281 | 3/1/2023 | BLM | Decision File | | |
| | | | **ii. Draft EA** | | | | | | | |
| 15 | 20230726_BLM_SepDecO&GSalesEA | 253 | Public comment version of the EA of the September and December Oil and Gas Lease Sales. | AR000282 | AR000534 | 7/26/2023 | BLM | Decision File | | |
| | | | **iii. Final EA** | | | | | | | |
| 16 | 20240530_BLM_SepDecO&GFinalEA | 318 | Final version of the September and December 2018 Oil and Gas Lease Sales EA | AR000535 | AR000852 | 5/30/2024 | BLM | Decision File | | |
| | | | **iv. FONSI** | | | | | | | |
| 17 | 20230726_BLM_SepDecO&GSalesFONSI | 26 | FONSI for the September and December Oil and Gas Lease Sales. | AR000853 | AR000878 | 7/26/2023 | BLM | Decision File | | |
| 18 | 20240530_BLM_SepDecO&GFONSI | 29 | Final version of the September and December 2018 Oil and Gas Lease Sales FONSI. | AR000879 | AR000907 | 5/30/2024 | BLM | Decision File | | |
| | | | **v. References** | | | | | | | |
| 19 | 19740402_EPA_NoiseLvlHlth | 1 | EPA Identifies Noise Levels Affecting Health and Welfare. | AR000908 | AR000908 | 4/2/1974 | EPA | Decision File | | |
| 20 | 19760000_USGS_MnrlClsfctnSystm | 13 | Principles of the Mineral Resource Classification System of the U.S. Bureau of Mines and U.S. Geological Survey. | AR000909 | AR000921 | 00/00/01976 | USGS | Decision File | | |
| 21 | 19781100_EPA_PrtctvNoiseLvls | 28 | Protective Noise Levels Condensed Version of EPA Levels Document. | AR000922 | AR000949 | 11/00/1978 | EPA | Decision File | | |
| 22 | 19840000_USGS_BdrckAqfrs | 139 | Bedrock Aquifers in the Northern San Rafael Swell Area, Utah, with Special Emphasis on the Navajo Sandstone. | AR000950 | AR001088 | 00/00/1984 | USGS | Decision File | | |
| 23 | 19860000_BLM_VslRsrcesMnl | 28 | Visual Resources Manual H-8410-1. | AR001089 | AR001116 | 00/00/1986 | BLM | Decision File | | |
| 24 | 19870000_USGS_NvjoSndstn | | Ground-water Flow in the Navajo Sandstone in Parts of Emery, Grand, Carbon, Wayne, Garfield, and Kane Counties, Southeast Utah. | AR001117 | AR001161 | 00/00/1987 | USGS | Decision File | | |

| # | Code | Pages | Title | AR (a) | AR (b) | Date | Author | Type |
|---|---|---|---|---|---|---|---|---|
| 25 | 19910000_USGS_CORvMexcRcks | 130 | Geohydrology of Mesozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin. | AR001162 | AR001291 | 00/00/1991 | USGS | Decision File |
| 26 | 19960000_BLM_PrmrsAgnstWeeds | 52 | Partners against weeds: final action plan for the Bureau of Land Management. | AR001292 | AR001343 | 00/00/1996 | BLM | Decision File |
| 27 | 19970000_BLM_RnglndHlth | 5 | BLM Standards and Guidelines for Rangeland Health. | AR001344 | AR001348 | 00/00/1997 | BLM | Decision File |
| 28 | 19980300_USFWS_EndngrdSpecCnsltn | 315 | Endangered Species Consultation Handbook. | AR001349 | AR001663 | 03/00/1998 | USFWS | Decision File |
| 29 | 20010000_Belnapetal_BioSoilCrusts | 118 | Biological Soil Crusts: Ecology and Management. | AR001664 | AR001781 | 00/00/2001 | Belnap et al. | Decision File |
| 30 | 20040804_UDWQ_WtshdMgmntUnit | 160 | Price River, San Rafael River, and Muddy Creek Total Maximum Daily Load for Total Dissolved Solids West Colorado Watershed Management Unit, Utah | AR001782 | AR001941 | 8/4/2004 | Utah Department of Water Quality | Decision File |
| 31 | 20050000_Lowry_SWReGapAnlys | 1 | Land cover data from the Southwest Regional Gap Analysis Project. | AR001942 | AR001942 | 00/00/2005 | Lowry | Decision File |
| 32 | 20050131_BLM_LndUsePlnngHndbk | 161 | H-1601-1 Land Use Planning Handbook. | AR001943 | AR002103 | 3/1/2005 | BLM | Decision File |
| 33 | 20051200_Gage&Driskll_NtrlGasAnlys | 252 | Analysis of Natural Grasss, 2002/2004. | AR002104 | AR002355 | 12/00/2005 | Gage & Driskill | Decision File |
| 34 | 20070000_IPCC_ClimateChange | 112 | Climate Change 2007: Synthesis Report from the Intergovernmental Panel on Climate Change (IPCC). | AR002356 | AR002467 | 00/00/2007 | Intergovernmental Panel on Climate Change | Decision File |
| 35 | 20070600_BLM_VegTrtmntPEIS | 480 | Record of Decision and Final Programmatic Environmental Impact Statement (PEIS) Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States. | AR002468 | AR002947 | 06/00/2007 | BLM | Decision File |
| 36 | 20080100_BLM_NEPAHndbk | 184 | National Environmental Policy Act Handbook H-1790-1. | AR002948 | AR003131 | 01/00/2008 | BLM | Decision File |
| 37 | 20080800_BLM_AppMOKRFDScenario | 10 | Appendix M - Fluid Mineral Reasonably Foreseeable Development for the Price Resource Management Plan | AR003132 | AR003141 | 08/00/2008 | BLM | Decision File |
| 38 | 20081000_BLM_PriceFORODRMP | 182 | Price Field Office Record of Decision and Approved Resource Management Plan. | AR003142 | AR003323 | 10/00/2008 | BLM | Decision File |
| 39 | 20081000_GAO_Oil&GlcLeasing | 43 | Oil and Gas Leasing: Interior Could Do More to Encourage Diligent Development from the Government Accountability Office. | AR003324 | AR003366 | 10/00/2008 | Government Accountability Office | Decision File |
| 40 | 20081100_EPA_EcoHydrolEphmrlStrms | 116 | The Ecological and Hydrological Significance of Ephemeral and Intermittent Streams in the Aris and Semi-arid American Southwest. | AR003367 | AR003482 | 11/00/2008 | EPA | Decision File |
| 41 | 20081126_NETL_GHGLifeCycl | 310 | Development of Baseline Data and Analysis of Life Cycle Greenhouse Gas Emissions of Petroleum-Based Fuels. | AR003483 | AR003792 | 00/00/2009 | National Energy Technology Laboratory | Decision File |
| 42 | 20081200_Pacheco&Ali_USHeliumRsrcs | 28 | Helium Resources of the United States - 2007. | AR003793 | AR003820 | 12/00/2008 | Pacheco & Ali | Decision File |
| 43 | 20100000_USDA_FishlakeEODEIS | 70 | Record of Decision and Final Environmental Impact Statement for the Oil and Gas Leasing Analysis of Fishlake National Forest, Utah. | AR003821 | AR003890 | 00/00/2010 | Fishlake National Forest | Decision File |
| 44 | 20110000_BLM_PlcyH-9113-1 | 34 | BLM Roads Design Handbook 9113-1. | AR003891 | AR003924 | 00/00/2011 | BLM | Decision File |
| 45 | 20110000_Bustam_RecDmgrphcDffrnces | 22 | Demographic Differences within Race/Ethnicity Group Constraints to Outdoor Recreation Participation. | AR003925 | AR003946 | 00/00/2011 | Bustam et al. | Decision File |
| 46 | 20110524_BLM_CdstrlSrvy | 7 | Plan to Ensure Adequate Cadastral Survey Review of Boundary Evidence Prior to the Approval of Significant Land and Resource Transactions and Commercial Projects. | AR003947 | AR003953 | 5/24/2011 | BLM | Decision File |
| 47 | 20120000_BLM_PlcyH-8342 | 148 | BLM Travel and Transportation Handbook H-8342. | AR003954 | AR004101 | 00/00/2012 | BLM | Decision File |
| 48 | 20130128_BLM_FldMnrlRsrc | 108 | BLM Handbook H-1624-1 Planning for Fluid Mineral Resources. | AR004102 | AR004209 | 1/28/2023 | BLM | Decision File |
| 49 | 20130218_BLM_ComprvLeases | 160 | BLM H-3120-1 Competitive Leases Handbook. | AR004210 | AR004369 | 2/18/2013 | BLM | Decision File |
| 50 | 20150000_UDWR_UtahWAP | 385 | Utah Wildlife Action Plan 2015-2025. | AR004370 | AR004754 | 00/00/2015 | Utah Department of Wildlife Resources | Decision File |
| 51 | 20150300_EPA_HydrlcFracFluid | 168 | Analysis of Hydraulic Fracturing Fluid Data from the FracFocus Chemical Disclosure Registry 1.0. | AR004755 | AR004922 | 3/00/2015 | EPA | Decision File |

| # | File Name | Description | Pages | AR Start | AR End | Date | Author | Type |
|---|---|---|---|---|---|---|---|---|
| 52 | 20160000_BLM_PlcyMnlM51626 | BLM Travel and Transportation Management Manual 1626. | 44 | AR004923 | AR004966 | 00/00/2016 | BLM | Decision File |
| 53 | 20160000_EmeryCounty_GenlPlan | Emery County General Plan. | 56 | AR004967 | AR005022 | 00/00/2016 | Emery County | Decision File |
| 54 | 20160000_Falchi_NwWldAtls | The New World Atlas of Artificial Night Sky Brightness. | 26 | AR005023 | AR005048 | 00/00/2016 | Falchi et al. | Decision File |
| 55 | 20160000_Falchi_SuppNwWldAtls | Supplement to: The New World Atlas of Artificial Night Sky Brightness. | 25 | AR005049 | AR005073 | 00/00/2016 | Falchi et al. | Decision File |
| 56 | 20160000_NPS_NghtSkyGlssry | Night Sky Monitoring Report Metrics & Glossary of Terms from the National Park Service (NPS). | 7 | AR005074 | AR005080 | 00/00/2016 | NPS | Decision File |
| 57 | 20160000_NPS_NghtSkyMntrngDb | Night Sky Monitoring Database. | 6 | AR005081 | AR005086 | 00/00/2016 | NPS | Decision File |
| 58 | 20160400_Adelman_WstrnAirQlty | Western Air Quality Modeling Study: Photochemical Grid Model Final Model Performance Evaluation. | 125 | AR005087 | AR005211 | 04/00/2016 | Adelman et al. | Decision File |
| 59 | 20160622_BLM_WildHorses&Burros | Wild Horses and Burros: Challenges and Potential Solutions for BLM's Wild Horse and Burro Program. | 8 | AR005212 | AR005219 | 6/22/2016 | BLM | Decision File |
| 60 | 20160805_CEQ_FederalRgstrNtc | Federal Register Notices for Final Guidance for Federal Departments and Agencies on Consideration of Greenhouse Gas Emissions and the Effects of Climate Change in National Environmental Policy Act Reviews. | 2 | AR005220 | AR005221 | 8/5/2016 | CEQ | Decision File |
| 61 | 20160900_BLM_RFDScenario | Reasonably Foreseeable Development Scenario for Oil and Gas in the San Rafael Desert Master Leasing Plan Area. | 33 | AR005222 | AR005254 | 9/00/2016 | BLM | Decision File |
| 62 | 20170000_ForesightDsgn_EMeaning | "What Does An Environmental Justice Community Even Mean?" from the Foresight Design Initiative. | 3 | AR005255 | AR005257 | 00/00/2017 | Foresight Design Initiative | Decision File |
| 63 | 20170000_Lowryetal_NxsWeedFldGuide | Noxious Weed Field Guide for Utah. | 112 | AR005258 | AR005369 | 00/00/2017 | Lowry et al. | Decision File |
| 64 | 20170000_NPS_NoiseSources | Noise Sources. | 5 | AR005370 | AR005374 | 00/00/2017 | NPS | Decision File |
| 65 | 20170000_UDEQ_AirQltyLaws | Air Quality Laws and Rules from the Utah Department of Environmental Quality. | 4 | AR005375 | AR005378 | 00/00/2017 | Utah Department of Environmental Quality | Decision File |
| 66 | 20170000_UDWR_PrnghrnMgmntPlan | Utah Pronghorn Statewide Management Plan. | 25 | AR005379 | AR005403 | 00/00/2017 | Utah Department of Wildlife Resources | Decision File |
| 67 | 20180000_ACHP_GoodFaithSecl 06 | Advisory Council on Historic Preservation (ACHP) Meeting the "Reasonable and Good Faith" Identification Standard in Section 106 Review. | 3 | AR005404 | AR005406 | 00/00/2018 | ACHP | Decision File |
| 68 | 20180000_Allison&Mandler_WrO&GIndstry | Water in the Oil and Gas Industry. | 2 | AR005407 | AR005408 | 00/00/2018 | Allison & Mandler | Decision File |
| 69 | 20180000_BLM_SeptO&GEA | September 2018 Oil and Gas Lease Sale Environmental Assessment. | 199 | AR005409 | AR005607 | 00/00/2018 | BLM | Decision File |
| 70 | 20180000_BLM_UpdtdO&GLeaseRfrm | Instruction Memorandum No. 2018-034: Updating Oil and Gas Leasing Reform – Land Use Planning and Lease Parcel Reviews. | 11 | AR005608 | AR005618 | 00/00/2018 | BLM | Decision File |
| 71 | 20180000_NPS_UndrstndngSnd | Understanding Sound. | 4 | AR005619 | AR005622 | 00/00/2018 | NPS | Decision File |
| 72 | 20180000_UDOGM_O&GMngDataSystm | Utah Division of Oil, Gas, and Mining Online Oil and Gas Information System. | 2 | AR005623 | AR005624 | 00/00/2018 | Utah Division of Oil, Gas, and Mining | Decision File |
| 73 | 20180102_StateofUtah_RMP | State of Utah Resource Management Plan. | 240 | AR005625 | AR005864 | 1/2/2018 | State of Utah | Decision File |
| 74 | 20190000_APHA_EJHlthEqty | Addressing Environmental Justice to Achieve Health. | 17 | AR005865 | AR005881 | 00/00/2019 | American Public Health Association | Decision File |
| 75 | 20190000_USGS_NtlHydrphyData | National Hydrography Dataset. | 7 | AR005882 | AR005888 | 00/00/2019 | USGS | Decision File |
| 76 | 20190206_BLM_Dec2018PFODNA | Price Field Office December 2018 Competitive Oil and Gas Lease Sale Determination of NEPA Adequacy. | 38 | AR005889 | AR005926 | 2/6/2019 | BLM | Decision File |
| 77 | 20190419_NETL_NtlGasLifeCycl | Life Cycle Analysis of Natural Gas Extraction and Power Generation. | 374 | AR005927 | AR006300 | 4/19/2019 | National Energy Technology Laboratory | Decision File |
| 78 | 20200000_FEMA_FloodZones | "Flood Zones" from the Federal Emergency Management Agency (FEMA). | 2 | AR006301 | AR006302 | 00/00/2020 | Federal Emergency Management Agency | Decision File |
| 79 | 20200000_NPS_ClassAreas | Class I Areas. | 2 | AR006303 | AR006304 | 00/00/2020 | NPS | Decision File |

| # | Document ID | Pages | Description | AR Start | AR End | Date | Source | File |
|---|---|---|---|---|---|---|---|---|
| 80 | 20200000_UDAQ_2017Stwdinvntry | 13 | 2017: Statewide Emissions Inventories from the Utah Department of Air Quality. | AR006305 | AR006317 | 00/00/2017 | Utah Department of Air Quality | Decision File |
| 81 | 20200000_Wiseman&Eckels_UTHlmInRsrcs | 52 | Proven and Hypothetical Helium Resources in Utah. | AR006318 | AR006369 | 00/00/2020 | Wiseman & Eckels | Decision File |
| 82 | 20201022_USU_O&GMdclResults | 82 | 2025 Carrm modelling Results for the Low and High Oil and Gas Development Scenarios from Utah State University. | AR006370 | AR006451 | 10/22/2020 | Utah State University | Decision File |
| 83 | 20201223_BLM_TwinBrdgHeliumEA | 306 | Twin Bridges Bowknot Helium Project Environmental Assessment. | AR006452 | AR006757 | 12/23/2020 | BLM | Decision File |
| 84 | 20210000_Brennanetal_NtHlmRscsAssmnt | 14 | National Assessment of Helium Resources Within Known Natural Gas Reservoirs. | AR006758 | AR006771 | 00/00/2021 | Brennan et al. | Decision File |
| 85 | 20210000_NPS_MappingSound | 5 | Natural Sounds - Mapping Sound. | AR006772 | AR006776 | 00/00/2021 | NPS | Decision File |
| 86 | 20210000_OMB_GHGSocialCost | 1 | Social Cost of Greenhouse Gas from the Office of Management and Budget. | AR006777 | AR006777 | 00/00/2021 | Office of Management and Budget | Decision File |
| 87 | 20210000_USCensus_B02010 | 7 | Table B02010 from the U.S. Census Bureau. | AR006778 | AR006784 | 00/00/2021 | U.S. Census Bureau | Decision File |
| 88 | 20210000_USCensus_B03002 | 6 | Table B03002 from the U.S. Census Bureau. | AR006785 | AR006790 | 00/00/2021 | U.S. Census Bureau | Decision File |
| 89 | 20210000_USCensus_C17002 | 6 | Table C17002 from the U.S. Census Bureau. | AR006791 | AR006796 | 00/00/2021 | U.S. Census Bureau | Decision File |
| 90 | 20210100_BLM_GHGAnalysis | 200 | Analysis for Greenhouse Gas Emissions Related to Oil and Gas Leasing in Utah. | AR006797 | AR006996 | 01/00/2021 | BLM | Decision File |
| 91 | 20210108_BLM_Manual6310 | 31 | BLM Manual 6310 – Conducting Wilderness Characteristics Inventory on BLM Lands (Public). | AR006997 | AR007027 | 1/8/2021 | BLM | Decision File |
| 92 | 20210200_IWG_SocialCosts | 48 | Technical Support Document: Social Cost of Carbon, Methane, and Nitrous Oxide from the Interagency Working Group on Social Cost of Greenhouse Gases (IWG). | AR007028 | AR007075 | 02/00/2021 | Interagency Working Group | Decision File |
| 93 | 20211005_BLM_RsmgMgmntHndbk | 8 | Reinstating the Bureau of Land Management (BLM) Manual Section (MS-1794) and Handbook (H-1794-1) on Mitigation. | AR007076 | AR007083 | 10/5/2021 | BLM | Decision File |
| 94 | 20220000_BLM_AirRecMngmnt | 97 | Air Resource Management Strategy 2022 Monitoring Report. | AR007084 | AR007180 | 00/00/2022 | BLM | Decision File |
| 95 | 20220000_BLM_EIImplmntn | 2 | Environmental Justice Implementation document from the BLM. | AR007181 | AR007182 | 00/00/2022 | BLM | Decision File |
| 96 | 20220000_BLM_FrstCmptvO&GSale | 241 | BLM Utah 2022 First Competitive Oil and Gas Lease Sale EA. | AR007183 | AR007423 | 00/00/2022 | BLM | Decision File |
| 97 | 20220000_BLM_GreatBasinEJ | 11 | BLM Environmental Justice Baseline Analysis Guidance document. | AR007424 | AR007434 | 00/00/2022 | BLM | Decision File |
| 98 | 20220000_BLM_NEPAEJ | 48 | Addressing Environmental Justice in NEPA Documents: Frequently Asked Questions. | AR007435 | AR007482 | 00/00/2022 | BLM | Decision File |
| 99 | 20220000_EPA_IntrprtEJScreen | 8 | How to Interpret EJScreen Data. | AR007483 | AR007490 | 00/00/2022 | EPA | Decision File |
| 100 | 20220000_EPA_CriteriaAirPllnts | 9 | Criteria Air Pollutants. | AR007491 | AR007499 | 00/00/2022 | BLM | Decision File |
| 101 | 20220000_EPA_EJScnFAQs | 16 | Frequent Questions about EJScreen. | AR007500 | AR007515 | 00/00/2022 | EPA | Decision File |
| 102 | 20220000_EPA_EJScrnRprt-CT9763BG3 | 4 | EJScreen Report CT9763BG3 for Block Group 490159465003, UTAH, EPA Region 8. | AR007516 | AR007519 | 00/00/2022 | EPA | Decision File |
| 103 | 20220000_EPA_InvtryGHGEmssns | 6 | Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2020. | AR007520 | AR007525 | 00/00/2022 | EPA | Decision File |
| 104 | 20220000_FEMA_FldpInBnfts | 5 | Benefits of Natural Floodplains. | AR007526 | AR007530 | 00/00/2022 | Federal Emergency Management Agency | Decision File |
| 105 | 20220000_UCRRP_CORvrRcvry | 160 | Upper Colorado River Endangered Fish Recovery Program. | AR007531 | AR007690 | 00/00/2022 | Upper Colorado River Endangered Fish Recovery Program | Decision File |
| 106 | 20220000_UDAQ_PntSrcHAPs | 35 | Point Source Hazardous Air Pollutants by County. | AR007691 | AR007725 | 00/00/2022 | Utah Department of Air Quality | Decision File |
| 107 | 20220000_UDWQ_WtrQltyRprt | 188 | Final 2022 Integrated Report on Water Quality. | AR007726 | AR007913 | 00/00/2022 | Utah Department of Water Quality | Decision File |
| 108 | 20220000_USHHS_ClmtChng&HlthEqty | 4 | Climate Change & Health Equity, and Environmental Justice at Health and Human Services. | AR007914 | AR007917 | 00/00/2022 | US Department of Health and Human Services | Decision File |

| # | File Identifier | Pages | Description | Bates Start | Bates End | Date | Source | Type |
|---|---|---|---|---|---|---|---|---|
| 109 | 20220308_EIA_StrtgcPtrlmRsrv | 2 | U.S. to release 30 million barrels of crude oil from its Strategic Petroleum Reserve. | AR007918 | AR007919 | 3/8/2022 | US Energy Information Administration | Decision File |
| 110 | 20220627_Fernando_PossibleReserves | 8 | Possible Reserves: What It is, How it Works, Example. | AR007920 | AR007927 | 6/27/2022 | Fernando | Decision File |
| 111 | 20220713_Chen_ProbableReserves | 7 | Probable Reserves: What it Means, How it Works. | AR007928 | AR007934 | 7/13/2022 | Chen | Decision File |
| 112 | 20221019_Kartit_CoalDmndPrdctn | 9 | Factbox-Energy Crisis Revives Coal Demand and Production. | AR007935 | AR007943 | 10/19/2022 | Kartit | Decision File |
| 113 | 20230000_EIA_AnnualEnergyOutlook | 50 | Annual Energy Outlook for 2023. | AR007944 | AR007993 | 00/00/2023 | US Energy Information Administration | Decision File |
| 114 | 20230000_EPA_AirPlltnErdts | 15 | Health Effects Notebook for Hazardous Air Pollutants. | AR007994 | AR008008 | 00/00/2023 | EPA | Decision File |
| 115 | 20230000_EPA_DrnkngWtrPrgm | 3 | Overview of the Drinking Water Sole Source Aquifer Program. | AR008009 | AR008011 | 00/00/2023 | EPA | Decision File |
| 116 | 20230000_EPA_EJ&NEPA | 19 | Environmental Justice and National Environmental Policy Act. | AR008012 | AR008030 | 00/00/2023 | EPA | Decision File |
| 117 | 20230000_EPA_GHGEqvlncsCalcs | 1 | Greenhouse Gas Equivalencies Calculator. | AR008031 | AR008031 | 00/00/2023 | EPA | Decision File |
| 118 | 20230000_EPA_GHGInvtryExplr | 1 | Greenhouse Gas Inventory Data Explorer. | AR008032 | AR008032 | 00/00/2023 | EPA | Decision File |
| 119 | 20230000_EPA_NEISprngData | 4 | 2020 National Emission Inventory Supporting Data and Summaries. | AR008033 | AR008036 | 00/00/2023 | EPA | Decision File |
| 120 | 20230000_EPA_RgnlHazePrgm | 23 | List of Areas Protected by the Regional Haze Program. | AR008037 | AR008059 | 00/00/2023 | EPA | Decision File |
| 121 | 20230000_EPA_SO2Basics | 5 | Sulfur Dioxide Basics. | AR008060 | AR008064 | 00/00/2023 | EPA | Decision File |
| 122 | 20230000_EPA_SoleSrcAqfrs | 1 | Map of Sole Source Aquifers. | AR008065 | AR008065 | 00/00/2023 | EPA | Decision File |
| 123 | 20230000_EPA_UTNonattmnmtStatus | 2 | Utah Nonattainment/Maintenance Status for Each County by Year for All Criteria Pollutants. | AR008066 | AR008067 | 00/00/2023 | EPA | Decision File |
| 124 | 20230000_HeadwatersEcon_PHOPrfl | 26 | BLM Socioeconomic Profile from Headwaters Economics. | AR008068 | AR008093 | 00/00/2023 | Headwaters Economic | Decision File |
| 125 | 20230000_RFF_O&GCountyImpcts | 20 | The Community Impacts of Shale Gas and Oil Development. | AR008094 | AR008113 | 00/00/2023 | Resources for the Future | Decision File |
| 126 | 20230000_UDAQ_StwdInvtryPgm | 4 | Statewide Emissions Inventory Program. | AR008114 | AR008117 | 00/00/2023 | Utah Department of Air Quality | Decision File |
| 127 | 20230000_UDEQ_UTEnvIntrctvMap | 1 | Utah Environmental Interactive Map. | AR008118 | AR008118 | 00/00/2023 | Utah Department of Environmental Quality | Decision File |
| 128 | 20230800_UDOGM_MnthlyPrdcnRprts | 12 | Monthly Production Reports (pdf) - By County. | AR008119 | AR008130 | 00/00/2023 | Utah Division of Oil, Gas, and Mining | Decision File |
| 129 | 20230000_UDWR_WtrRghtMap | 1 | Water Right Map. | AR008131 | AR008131 | 00/00/2023 | Utah Division of Water Rights | Decision File |
| 130 | 20230000_USFWS_NtlWtlndInvtry | 3 | National Wetlands Inventory, Wetlands Mapper. | AR008132 | AR008134 | 00/00/2023 | USFWS | Decision File |
| 131 | 20230100_BLM_IntrgncyFireOprtns | 520 | Interagency Standards for Fire and Fire Aviation Operations. | AR008135 | AR008654 | 00/00/2023 | BLM | Decision File |
| 132 | 20230400_BLM_TechnicalNote457 | 100 | Night Sky and Dark Environments: Best Management Practices for Artificial Light at Night on BLM-Managed Lands. | AR008655 | AR008754 | 4/00/2023 | BLM | Decision File |
| 133 | 20230428_BLM_457InfoBulletin | 5 | BLM Technical Note 457, Night Sky and Dark Environments: Best Management Practices for Artificial Light at Night on BLM-Managed Lands. | AR008755 | AR008759 | 4/28/2023 | BLM | Decision File |
| 134 | 20230502_Congress.gov_UTSITLAAct | 1 | S.1405 - Utah School and Institutional Trust Lands Administration Exchange Act of 2023. | AR008760 | AR008760 | 5/2/2023 | Congress.gov | Decision File |
| 135 | 20230706_UDWR_StrtgcPlan | 4 | Utah Division of Wildlife Resources 2023 Strategic Plan. | AR008761 | AR008764 | 7/6/2023 | Utah Department of Wildlife Resources | Decision File |
| 136 | 20231206_EPA_HmnHlthRskAssmnt | 8 | Human Health Risk Assessment. | AR008765 | AR008772 | 12/6/2023 | EPA | Decision File |
| 137 | 20231210_FracFocus_ChmclDsclsrRgstry | 5 | The national hydraulic fracturing chemical disclosure registry. | AR008773 | AR008777 | 12/10/2023 | FracFocus | Decision File |

**vi. Special Reports**

| # | File Identifier | Pages | Description | Bates Start | Bates End | Date | Source | Type |
|---|---|---|---|---|---|---|---|---|
| 138 | 20160300_BLM_FlatTopsLWC | 70 | Signed LWC inventory of the Flat Tops Unit: UT-050-16-01. | AR008778 | AR008847 | 03/00/2016 | BLM | Decision File |
| 139 | 20160500_BLM_BlckbrnDrwLWCEval | 79 | Signed LWC evaluation of Blackburn Draw Unit: UT-050-16-02. | AR008848 | AR008926 | 05/00/2016 | BLM | Decision File |
| 140 | 20160600_BLM_CwptyRnchLWCEval | 65 | Signed LWC evaluation of Cowpatty Ranch Unit: UT-050-16-03. | AR008927 | AR008991 | 06/00/2016 | BLM | Decision File |
| 141 | 20161123_BLM_LbrynthCnynLWC | 134 | Signed LWC inventory of Labyrinth Canyon Unit: UT-020-SRDA-Labyrinth Canyon. | AR008992 | AR009125 | 11/23/2016 | BLM | Decision File |

| # | Document ID | No. | Description | | | Date | | |
|---|---|---|---|---|---|---|---|---|
| 142 | 20161123_BLM_SnRflLWC007 | 16 | Signed LWC inventory of San Rafael Desert MLP Unit UT-020-SRD-007. | AR009126 | AR009141 | 11/23/2016 | BLM | Decision File |
| 143 | 20161123_BLM_SnRflLWC009 | 42 | Signed LWC inventory of San Rafael Desert MLP Unit UT-020-SRD-009. | AR009142 | AR009183 | 11/23/2016 | BLM | Decision File |
| 144 | 20161123_BLM_SnRflLWC010 | 42 | Signed LWC inventory of San Rafael Desert MLP Unit UT-020-SRD-010. | AR009184 | AR009225 | 11/23/2016 | BLM | Decision File |
| 145 | 20161123_BLM_SnRflLWC011 | 27 | Signed LWC inventory of San Rafael Desert MLP Unit UT-020-SRD-011. | AR009226 | AR009252 | 11/23/2016 | BLM | Decision File |
| 146 | 20161123_BLM_SnRflRvrLWC | 191 | Signed LWC inventory of the San Rafael River Unit UT-020-SRD-San Rafael River. | AR009253 | AR009443 | 11/23/2016 | BLM | Decision File |
| 147 | 20161123_BLM_SwtwrRflLWC | 120 | Signed LWC inventory of Sweetwater Reef Unit UT-020-SRD-Sweetwater Reef. | AR009444 | AR009563 | 11/23/2016 | BLM | Decision File |
| 148 | 20230000_BLM_GHGClimateTrends | 107 | 2022 BLM Specialist Report on Annual Greenhouse Gas Emissions and Climate Trends. | AR009564 | AR009670 | 00/00/2022 | BLM | Decision File |
| 149 | 20230000_BLM_GHGDatabase | 337 | GHG database and reports. | AR009671 | AR010007 | 00/00/2022 | BLM | Decision File |
| 150 | 20231100_BLM_UTAirMonitoringReport | 91 | Air Resource Management Strategy 2023 Monitoring Report | AR010008 | AR010098 | 11/00/2023 | BLM | Decision File |

**h. Public Info & Involvement**
**i. News Releases**

| 151 | 20230809_BLM_PblcCommNewsRelease | 2 | News Release requesting public comments on the EA. | AR010099 | AR010100 | 8/9/2023 | BLM | Public Commenters |
| 152 | 20240530_BLM_EAPressRelease | 3 | News release for final EA. | AR010101 | AR010103 | 5/30/2024 | BLM | Decision File |

**ii. Public Comments**

| 153 | 20230825_1-500342586_PblcCommt | 1 | Public comment letter 1-500342586. | AR010104 | AR010104 | 8/25/2023 | 1-500342586 | BLM |
| 154 | 20230825_1-500343401_PblcCommt | 1 | Public comment letter 1-500343401. | AR010105 | AR010105 | 8/25/2023 | 1-500343401 | BLM |
| 155 | 20230825_1-500344198_PblcCommt | 1 | Public comment letter 1-500344198. | AR010106 | AR010106 | 8/25/2023 | Chris Ramias | BLM |
| 156 | 20230825_1-500344850_PblcCommt | 1 | Public comment letter 1-500344850. | AR010107 | AR010107 | 8/25/2023 | 1-500344850 | BLM |
| 157 | 20230825_1-500347809_PblcCommt | 1 | Public comment letter 1-500347809. | AR010108 | AR010108 | 8/25/2023 | 1-500347809 | BLM |
| 158 | 20230828_1-500348901_PblcCommt | 1 | Public comment letter 1-500348901. | AR010109 | AR010109 | 8/25/2023 | 1-500348901 | BLM |
| 159 | 20230905_1-500348991_PblcCommt | 1 | Public comment letter 1-500348991. | AR010110 | AR010110 | 9/5/2023 | 1-500348991 | BLM |
| 160 | 20230905_1-500349181_PblcCommt | 1 | Public comment letter 1-500349181. | AR010111 | AR010111 | 9/5/2023 | 1-500349181 | BLM |
| 161 | 20230912_1-500349346_PblcCommt | 2 | Public comment letter 1-500349346. | AR010112 | AR010113 | 9/12/2023 | 1-500349346 | BLM |
| 162 | 20230912_1-500349597_PblcCommt | 1 | Public comment letter 1-500349597. | AR010114 | AR010114 | 9/12/2023 | 1-500349597 | BLM |
| 163 | 20230912_EPA_PblcCommt | 7 | EPA's public comment letter 1-500349683 and attachment. | AR010115 | AR010121 | 9/12/2023 | EPA | BLM |
| 164 | 20230912_NTEC_PblcCommt | 9 | NTEC Helium's public comment letter 1-500349660 and attachment. | AR010122 | AR010130 | 9/12/2023 | NTEC Helium | BLM |
| 165 | 20230912_PLPCO_PblcCommt | 11 | Utah Public Lands Policy Coordinating Office's public comment letter 1-500349730 and attachment. | AR010131 | AR010141 | 9/12/2023 | Utah Public Lands Policy Coordinating Office | BLM |
| 166 | 20230912_PureHelium_PblcCommt | 4 | Pure Helium's public comment letter 1-500349483 and attachment. | AR010142 | AR010145 | 9/12/2023 | Pure Helium | BLM |
| 167 | 20230912_SITLA_PblcCommt | 3 | SITLA's public comment letter 1-500349737 and attachment. | AR010146 | AR010148 | 9/12/2023 | SITLA | BLM |
| 168 | 20230912_SUWA_PblcCommt | 1,271 | SUWA's public comment letter 1-500349731 and attachments. | AR010149 | AR011419 | 9/12/2023 | SUWA | BLM |

**c. Decision**

| 169 | 20240530_BLM_SepDecO&GSalesDR | 5 | DR for the September and December 2018 Oil and Gas Lease Sales. | AR011420 | AR011424 | 5/30/2024 | BLM | Decision File |

**3. Section 7 ESA Consultation**

| 170 | 2008 1027 Price_Biological_Opinion | 244 | Biological Opinion for BLM Resource Management Plan, Price Field Office | AR011425 | AR011668 | 10/27/2008 | USFWS | BLM |
| 171 | 20180403_BLM_FWSScpngCommtsMemo | 69 | Letter sent to the USFWS with a request for scoping comments for additional parcels related to the September 2014 Competitive Oil and Gas Lease Sale. | AR011669 | AR011737 | 4/3/2018 | BLM | USFWS |
| 172 | 20180601_BLM_T&ESpeciesPFORFO | 6 | List of threatened and endangered species of the September 2018 Oil and Gas Lease Sales from the Richfield Field Office and the Price Field Office of the BLM. | AR011738 | AR011743 | 6/1/2018 | BLM | USFWS |
| 173 | 20180620_memo_BLM-USOtoFWS_Dec2018PrelimParcels-Attach | 51 | Review of preliminary list of parcels for December 2018 Competitive Oil and Gas Lease Sale sent to USFWS. | AR011744 | AR011794 | 6/20/2018 | BLM | USFWS |

| # | Document Name | Pages | Description | Bates Begin | Bates End | Date | From | To | Priv. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 174 | 20180628_BLM_FWSCnsltnPrice&RichfieldParcels | 46 | Email chain between the BLM and the USFWS regarding coordination efforts for the September 2018 Oil and Gas Lease Sale. | AR011795 | AR011840 | 6/28/2018 | BLM | USFWS | | |
| 175 | 20180709_BLM_FWSCnsltnPrice&RichfieldParcels_v2 | 3 | Email chain between the BLM and the USFWS regarding coordination efforts for the September 2018 Oil and Gas Lease Sale. | AR011841 | AR011843 | 7/9/2018 | BLM | USFWS | | |
| 176 | 20180726_BLM_FWSNoticeMemo | 132 | Memo sent to the USFWS regarding the final Notice of Competitive Lease Sale for the September 2018 Oil and Gas Lease Sale. | AR011844 | AR011975 | 7/26/2018 | BLM | USFWS | | |
| 177 | 20180803_Memo - RFO Informal Consultation Concurrence | 6 | USFWS Concurrence on Reinitiation of Informal Section 7 consultation for four Colorado River endangered fish. | AR011976 | AR011981 | 8/3/2018 | USFWS | BLM | | |
| 178 | 20181029_memo_USOoUSFWS_Dec2018NCLS-Attach | 212 | Memo sent to the USFWS regarding the final Notice of Competitive Lease Sale for the December 2018 Oil and Gas Lease Sale. | AR011982 | AR012193 | 10/29/2018 | BLM | USFWS | | |
| 179 | 20181106_BLM_FWSDec2018Coordination | 4 | Email chain between the BLM and the USFWS regarding coordination efforts for the December 2018 Oil and Gas Lease Sale. | AR012194 | AR012197 | 11/16/2018 | BLM | USFWS | | |
| 180 | 20181128_BLM_FWSConcurrenceDec2018 | 24 | Signed concurrence letter from the USFWS regarding Section 7 Consultation on the December 2018 Oil and Gas Lease Sale. | AR012198 | AR012221 | 11/28/2018 | BLM | USFWS | | |
| 181 | 20200728 YBCC Concurrence Letter | 8 | USFWS Concurrence on Reinitiation of Informal Section 7 consultation for Jones cycladenia and Yellow-billed cuckoo. | AR012222 | AR012229 | 7/28/2020 | USFWS | BLM | | |
| 182 | 20230926_BLM_SuppEAT&EList_v2_Redacted | 8 | Email chain regarding the T&E species list for the supplemental EA. | AR012230 | AR012237 | 9/26/2023 | BLM | USFWS | Yes | Deliberative content has been redacted. |
| | **4. Section 106, Tribal, and SHPO consultation** | | **a. NHPA Section 106 Consultation** | | | | | | | |
| 183 | 20180328_BLM_SHPOCnsntLtr | 4 | Letter notifying the Utah State Historical Preservation Office (SHPO) about the September 2018 Oil and Gas Lease Sale. | AR012238 | AR012241 | 3/28/2018 | BLM | SHPO | | |
| 184 | 20180329_SHPO_CommtRepnse | 2 | SHPO response to the BLM's notification about the September 2018 Oil and Gas Lease Sale. | AR012242 | AR012243 | 3/29/2018 | SHPO | BLM | | |
| 185 | 20180718_SHPO_Sec106Cnfrmtn | 1 | Section 106 Compliance Case (#18-1571) for BLM Price and Richfield September 2018 Oil and Gas Lease Sale. | AR012244 | AR012244 | 7/18/2018 | SHPO | BLM | | |
| 186 | 20180723_SHPO_Sec106Dcsn | 4 | SHPO concurrence with BLM's finding of "No Adverse Effect" for the BLM Price and Richfield September 2018 Oil and Gas Lease Sale. | AR012245 | AR012248 | 7/23/2018 | SHPO | BLM | | |
| 187 | 20180910_ACHP_FndngsRvw | 2 | ACHP letter sent to the BLM that confirms that the undertaking of the Oil and Gas Lease Sales will result in "no adverse effect" to historic properties. | AR012249 | AR012250 | 9/10/2018 | ACHP | BLM | | |
| 188 | 20180911_BLM_ACHPFndngsRvwCP | 4 | BLM email forwarding the ACHP's finding of "no adverse effect" as result of the September 2018 Oil and Gas Lease Sale to Consulting Parties. | AR012251 | AR012254 | 9/11/2018 | BLM | Consulting Parties | | |
| 189 | 20180918_BLM_ACHPFndngsRspnse | 2 | BLM response to the ACHP's review of the September 2018 Oil and Gas Lease Sale Section 106 process. | AR012255 | AR012256 | 9/18/2018 | BLM | ACHP | | |
| 190 | 20181024_SHPO_CRReportSbmsn | 1 | Email sent from the SHPO to the BLM to acknowledge their submission of the 2018 December Lease Sale Cultural Resource Report via s106. | AR012257 | AR012257 | 10/24/2018 | SHPO | BLM | | |
| 191 | 20181025_SHPO_FndngsRvw | 2 | SHPO concurrence with BLM's finding of "No Adverse Effect" for the December 2018 Oil and Gas lease Sale. | AR012258 | AR012259 | 10/25/2018 | SHPO | BLM | | |
| 192 | 20181109_BLM_ACHPe106Form | 4 | E106 form that was submitted to the ACHP by BLM for the December 2018 Lease Sale Cultural Resources Report. | AR012260 | AR012263 | 11/9/2018 | BLM | SHPO | | |
| 193 | 20190208_BLM_ACHPTmInLtr | 2 | BLM notification letter detailing that the ACHP has not provided comment and reaffirming the "No Adverse Effect" to historic properties finding for BLM September 2018 Oil and Gas Lease Sale. | AR012264 | AR012265 | 2/8/2019 | BLM | Decision File | | |

| No. | Doc ID | Count | Description | Bates Begin | Bates End | Date | From | To |
|---|---|---|---|---|---|---|---|---|
| 194 | 20190404_BLM_ACHPFndngsTribes | 60 | BLM letter to multiple Tribal Nations notifying them about the BLM's final finding of "No Adverse Effect" to historic properties for the December 2018 Oil and Gas Lease Sale. | AR012266 | AR012325 | 4/4/2019 | BLM | Tribes |

**b. Tribal Nations**

| No. | Doc ID | Count | Description | Bates Begin | Bates End | Date | From | To |
|---|---|---|---|---|---|---|---|---|
| 195 | 20180328_BLM_TrbNtfcnLtr | 44 | Letters that were sent to Tribes to notify them of the September 2018 Oil and Gas Lease Sale. | AR012326 | AR012369 | 3/28/2018 | BLM | Tribes |
| 196 | 20180409_Hopi_CommLtrRepnse | 1 | Hopi Tribe response letter about the September 2018 Oil and Gas Lease Sale. | AR012370 | AR012370 | 4/9/2018 | Hopi Tribe | BLM |
| 197 | 20180525_SoUte_CommLtrRepnse | 2 | Southern Ute Indian Tribe response letter about the September 2018 Oil and Gas Lease Sale. | AR012371 | AR012372 | 5/25/2018 | Southern Ute Indian Tribe | BLM |
| 198 | 20180530_BLM_HopiCnsltn | 2 | Letter to Hopi Tribe regarding their request for consultation about the September 2018 Oil and Gas Lease Sale. | AR012373 | AR012374 | 5/30/2018 | BLM | Hopi Tribe |
| 199 | 20180530_BLM_SoUteCnsltn | 2 | Letter to the Southern Ute Indian Tribe regarding request for consultation about the September 2018 Oil and Gas Lease Sale. | AR012375 | AR012376 | 5/30/2018 | BLM | Southern Ute Indian Tribe |
| 200 | 20180625_BLM_TrblCnsltnLtrs | 47 | Letters sent to Tribes for their consultation on the December 2018 Oil and Gas Lease Sale. | AR012377 | AR012423 | 6/25/2018 | BLM | Tribes |
| 201 | 20180627_BLM_HopiCntct | 1 | Conversation log: BLM follows-up with the Hopi Tribe leadership in regard to the September 2018 Oil and Gas Lease Sale. | AR012424 | AR012424 | 6/27/2018 | BLM | Decision File |
| 202 | 20180711_BLM_SoUteCnsltn | 12 | Email between the BLM and the Southern Ute Indian Tribe to consult further about the September 2018 Lease Sale. | AR012425 | AR012436 | 7/11/2018 | BLM | Southern Ute Indian Tribe |
| 203 | 20180716_BLM_HopiCnsltnRepnse | 8 | The Hopi Tribe's response to the BLM's request for consultation about the December 2018 Lease Sale. | AR012437 | AR012444 | 7/16/2018 | BLM | BLM |
| 204 | 20180723_Hopi_CRLitRvwRepnse | 7 | Letter sent from the Hopi Cultural Preservation Office to the BLM in response to the Class I cultural resources overview for the September 2018 Lease Sale. | AR012445 | AR012451 | 7/23/2018 | Hopi Tribe | BLM |
| 205 | 20180726_BLM_HopiDataRlseRqst | 3 | BLM response to the Hopi Tribe regarding the December 2018 Oil and Gas Lease Sale and a data release that could disclose the location of cultural or archaeological resources. | AR012452 | AR012454 | 7/26/2018 | BLM | Hopi Tribe |
| 206 | 20180807_BLM_HopiCRLitRvwRqst | 2 | Letter sent to the BLM from the Hopi Cultural Preservation Office with their request for a copy of the Class I Cultural Resources Overview for the December 2018 Lease Sale. | AR012455 | AR012456 | 8/7/2018 | BLM | BLM |
| 207 | 20180808_BLM_SoUteCnsltnRepnse | 4 | Response letter sent from the Southern Ute Indian Tribe to the BLM regarding their consultation request for the December 2018 Oil and Gas Lease Sale project. | AR012457 | AR012460 | 8/8/2018 | BLM | BLM |
| 208 | 20230726_BLM_HopiPblcCommLtr | 4 | BLM letter notifying the Hopi Tribe about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012461 | AR012464 | 7/26/2023 | Hopi Tribe | BLM |
| 209 | 20230726_BLM_JcrlaApachePblcCommLtr | 4 | BLM letter notifying the Jicarilla Apache Nation about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012465 | AR012468 | 7/26/2023 | BLM | Jicarilla Apache Nation |
| 210 | 20230726_BLM_MtnUtePblcCommLtr | 4 | BLM letter notifying the Ute Mountain Ute Tribe about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012469 | AR012472 | 7/26/2023 | BLM | Ute Mountain Ute Tribe |
| 211 | 20230726_BLM_NavajoPblcCommLtr | 4 | BLM letter notifying the Navajo Nation about the 30-day comment period for the September and December 2018 Lease Sales EA. | AR012473 | AR012476 | 7/26/2023 | BLM | Navajo Nation |
| 212 | 20230726_BLM_NWBShnsCommLtr | 4 | BLM letter notifying the Northwestern Band of Shoshone Nation about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012477 | AR012480 | 7/26/2023 | BLM | Northwestern Band of Shoshone Nation |
| 213 | 20230726_BLM_PbloAcomaPblcCommLtr | 4 | BLM letter notifying the Pueblo of Acoma about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012481 | AR012484 | 7/26/2023 | BLM | Pueblo of Acoma |

| # | File Name | Pages | Description | Bates Begin | Bates End | Date | From | To | Privileged | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 214 | 20230726_BLM_PbloJemezPblcCommtLtr | 4 | BLM letter notifying the Pueblo of Jemez about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012485 | AR012488 | 7/26/2023 | BLM | Pueblo of Jemez | | |
| 215 | 20230726_BLM_PbloLagunaPblcCommtLtr | 4 | BLM letter notifying the Pueblo of Laguna about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012489 | AR012492 | 7/26/2023 | BLM | Pueblo of Laguna | | |
| 216 | 20230726_BLM_PbloSantaClaraPblcCommtLtr | 4 | BLM letter notifying the Pueblo of Santa Clara about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012493 | AR012496 | 7/26/2023 | BLM | Pueblo of Santa Clara | | |
| 217 | 20230726_BLM_PbloSantoDmingoPblcCommtLtr | 4 | BLM letter notifying the Pueblo of Santo Domingo about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012497 | AR012500 | 7/26/2023 | BLM | Pueblo of Santo Domingo | | |
| 218 | 20230726_BLM_PbloZiaPblcCommtLtr | 4 | BLM letter notifying the Pueblo of Zia about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012501 | AR012504 | 7/26/2023 | BLM | Pueblo of Zia | | |
| 219 | 20230726_BLM_PITUPblcCommtLtr | 4 | BLM letter notifying the Paiute Indian Tribe of Utah about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012505 | AR012508 | 7/26/2023 | BLM | Paiute Indian Tribe of Utah | | |
| 220 | 20230726_BLM_SBPblcCommtLtr | 4 | BLM letter notifying the Shoshone-Bannock Tribes about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012509 | AR012512 | 7/26/2023 | BLM | Shoshone-Bannock Tribes | | |
| 221 | 20230726_BLM_SoUtePblcCommtLtr | 4 | BLM letter notifying the Southern Ute Indian Tribe about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012513 | AR012516 | 7/26/2023 | BLM | Southern Ute Indian Tribe | | |
| 222 | 20230726_BLM_UtePblcCommtLtr | 4 | BLM letter notifying the Ute Indian Tribe about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012517 | AR012520 | 7/26/2023 | BLM | Ute Indian Tribe | | |
| 223 | 20230726_BLM_WhiteMesaPblcCommtLtr | 4 | BLM letter notifying the White Mesa Community about the 30-day public comment period for the September and December 2018 Lease Sales EA. | AR012521 | AR012524 | 7/26/2023 | BLM | White Mesa Community | | |
| **5. Confidential** | | | | | | | | | | |
| **L. Cultural resource location information** | | | | | | | | | | |
| 224 | 20180613_BLM_SHPOMnghrsn_REDACTED | 82 | Consulting party meeting invitation. | AR012525 | AR012606 | 6/13/2018 | BLM | SHPO | Yes | Confidential Archaeological Information |
| 225 | 20180622_BLM_CPMtgMnts_REDACTED | 43 | Minutes of the 6/22/2018 Consulting Party Meeting regarding the September 2018 Oil and Gas Lease Sale. | AR012607 | AR012649 | 6/22/2018 | BLM | Consulting Parties | Yes | Confidential Archaeological Information |
| 226 | 20180711_BLM_SoUteCnsltn_REDACTED | 89 | Follow-up with Southern Ute Indian Tribe about concerns with parcels in the September 2018 Oil and Gas Lease Sale. | AR012650 | AR012738 | 7/11/2018 | BLM | Southern Ute Indian Tribe | Yes | Confidential Archaeological Information |
| 227 | 20180716_BLM_CRLitRvw_REDACTED | 274 | Cultural Resources Literature Review for September 2018 Price and Richfield Field Offices' Oil and Gas Lease Sale. | AR012739 | AR013012 | 7/16/2018 | BLM | Decision File | Yes | Confidential Archaeological Information |
| 228 | 20180806_BLM_ACHPRvwRqst_REDACTED | 461 | BLM request to the ACHP to review the Price and Richfield BLM Field Offices' proposed September 2018 Oil and Gas lease sale. | AR013013 | AR013473 | 8/6/2018 | BLM | ACHP | Yes | Confidential Archaeological Information |
| 229 | 20180808_BLM_CPACHPNtfctn_REDACTED | 85 | BLM notification to Consulting Parties about the ACHP review of the September 2018 Oil and Gas Lease Sale. | AR013474 | AR013558 | 8/8/2018 | BLM | ACHP | Yes | Confidential Archaeological Information |
| 230 | 20181011_BLM_Dec2018CRReport_REDACTED | 244 | December 2018 Lease Sale Cultural Resources Report. | AR013559 | AR013802 | 10/11/2018 | BLM | Decision File | Yes | Confidential Archaeological Information |
| **6. GIS Files** | | | | | | | | | | |
| 231 | 00000000_SWCA_GeologyMerge | N/A | zip file of GIS files used for the BLM September and December Oil and Gas Lease Sales. | N/A | N/A | 00/00/0000 | SWCA | Decision File | | |
| 232 | 00000000_SWCA_GISGeoDb | N/A | zip file of GIS files used for the BLM September and December Oil and Gas Lease Sales that are stored in a geodatabase. | N/A | N/A | 00/00/0000 | SWCA | Decision File | | |
| 233 | 00000000_NewWorldAtlas_ArtfclSkyBrghtns | N/A | zip file of the New World Atlas Artificial Sky Brightness. | N/A | N/A | 00/00/0000 | New World Atlas | Decision File | | |
| 234 | 20221214_BLM_ShpflBwnrPrcl | N/A | zip file that contains GIS shapefiles and other data for the Bowknot parcel. | N/A | N/A | 12/14/2022 | BLM | Decision File | | |
| **7. Additional References** | | | | | | | | | | |

| # | Count | Title | Bates | Bates | Date | Author | File | Privilege | Note |
|---|---|---|---|---|---|---|---|---|---|
| 235 | 50 | The Southwest Regional Gap Analysis Project: Final Report on Land Cover Mapping Methods | AR013852 | AR013803 | 10/13/2005 | Lowry, et al. | Decision File | | |
| 236 | 88 | Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development - The Gold Book | AR013940 | AR013853 | 00/00/2007 | BLM & US Forest Service | Decision File | | |
| 237 | 7 | Migratory Bird Treaty Act Interim Management Guidance | AR013947 | AR013941 | 12/18/2007 | BLM | Decision File | | |
| 238 | 1485 | 20080800 Price FEIS | AR015432 | AR013948 | 08/00/2008 | BLM | Decision File | | |
| 239 | 62 | Dixie and Fishlake National Forests Oil & Gas Leasing EISs Air Quality Modeling Report | AR015494 | AR015433 | 02/00/2010 | JBR Environmental Consultants, Inc. | US Forest Service | | |
| 240 | 196 | ROD and Moab MLP Leasing Plan/ Approved RMP Amendments for the Moab and Monticello Field Offices | AR015690 | AR015495 | 12/15/2016 | BLM | Decision File | | |
| 241 | 2 | Special Flood Hazard Area (SFHA) _ FEMA | AR015692 | AR015691 | 7/7/2020 | Federal Emergency Management Agency | Decision File | | |
| 242 | 82 | Utah Air Resource Management Strategy Modeling Study: 2017 ARMS - Phase 2 | AR015774 | AR015693 | 10/22/2020 | Utah State University | BLM | | |
| 243 | 26 | North American Helium Wells, Scoping Report (DOI-BLM-UT-G020-2021-0017-EA) | AR015800 | AR015775 | 3/4/2021 | BLM | Decision File | | |
| 244 | 132 | EA to Drill Three Wells and Construct Helium Extraction Facilities (DOI-BLM-UT-G020-2021-0017-EA) | AR015932 | AR015801 | 09/00/2021 | BLM | Decision File | | |
| 245 | 78 | BLM Handbook H-1794-1 Rel 1-1808 | AR016010 | AR015933 | 9/22/2021 | BLM | Decision File | | |
| 246 | 32 | BLM Manual 1794 Mitigation Manual | AR016042 | AR016011 | 9/22/2021 | BLM | Decision File | | |
| 247 | 58 | Supplemental EA Analysis for GHG Emissions Related to Oil and Gas Leasing in Seven States from Feb. 2015 to Dec. 2020 (DOI-BLM-WO-3100-2023-0001-EA) | AR016100 | AR016043 | 11/00/2022 | BLM | Decision File | | |
| 248 | 5 | BLM Wild Horse and Burro Program Data | AR016105 | AR016101 | 6/9/2023 | BLM | Decision File | | |
| 249 | 3 | Basic Information about Carbon Monoxide Outdoor Air Pollution | AR016108 | AR016106 | 7/13/2023 | EPA | Decision File | | |
| 250 | 3 | Basic Information about Lead Air Pollution | AR016111 | AR016109 | 7/13/2023 | EPA | Decision File | | |
| 251 | 3 | Basic Information about NO2 | AR016114 | AR016112 | 7/13/2023 | EPA | Decision File | | |
| 252 | 4 | Ground-level Ozone Pollution | AR016118 | AR016115 | 7/13/2023 | EPA | Decision File | | |
| 253 | 3 | Particulate Matter (PM) Basics | AR016121 | AR016119 | 7/13/2023 | EPA | Decision File | | |
| 254 | 8 | About Populations at Risk _ About - Headwaters Economics | AR016129 | AR016122 | 7/13/2023 | Headwaters Economic | Decision File | | |
| 255 | 5 | Email communication re: biological soil crust | AR016134 | AR016130 | 7/18/2023 | BLM | SWCA | Yes | Deliberative content has been redacted. |
| 256 | 169 | BLM Utah 2023 Third Quarter Competitive Oil and Gas Lease Sale EA (DOI-BLM-UT-0000-2023-0001-EA) | AR016303 | AR016135 | 09/00/2023 | BLM | Decision File | | |
| 257 | 4 | Email communication re: Kit Fox habitat | AR016307 | AR016304 | 9/27/2023 | SWCA | BLM | Yes | Deliberative content has been redacted. |
| 258 | 4 | 20231129 BLM_WtrQtryQ | AR016311 | AR016308 | 11/29/2023 | BLM | SWCA | | |
| 259 | 4 | 20231201 BLM_WtrResesQ | AR016315 | AR016312 | 7/19/2024 | BLM | SWCA | | |
| 260 | 640 | Email communication re: Kit Fox habitat and Ecological Integrity Tables for Utah Animals of Conservation Concern | AR016955 | AR016316 | 12/6/2023 | BLM | SWCA | | |