UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Civil Action<br>No. 1:24-cv-2476-RC |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties, by and through undersigned counsel, respectfully submit this Joint Motion to Amend the Scheduling Order to adjust deadlines previously established by the Court. *See* Dkt 19. In accordance with the Court's January 28, 2025 order, Defendants lodged the certified index to the administrative record on February 18, 2025. Dkt. 21. After meeting and conferring with Plaintiff, Defendants lodged a certified index to the revised administrative record on April 1, 2025. Dkt. 22. At this time, Plaintiff does not anticipate filing a motion to complete or supplement the administrative record. Nevertheless, to provide Plaintiff with sufficient time to review the documents that comprise the revised administrative record, the parties respectfully request that the schedule be modified as follows:

1. Plaintiff shall file its motion for summary judgment on the administrative record on or before **April 25, 2025**;

2. Defendants shall file their combined cross-motion for summary judgment on the administrative record and opposition to Plaintiff's motion for summary judgment on or before **June 18, 2025**;

1

3.      Plaintiff shall file its combined reply to Defendants' opposition to Plaintiff's motion for summary judgment and its opposition to Defendants' cross-motion for summary judgment on or before **July 18, 2025**; and

4.      Defendants shall file their reply to Plaintiff's opposition to Defendants' cross-motion for summary judgment on or before **August 26, 2025**.

As articulated in the parties' Joint Status Report (Dkt. 18), the parties' summary judgment briefs will conform to the page limits in Local Civil Rule 7 unless the Court grants permission to deviate from those limits. Pursuant to Local Civil Rule 7(f), the parties continue to defer to the Court on whether oral argument is necessary to resolve the parties' cross-motions for summary judgment, or would otherwise benefit the Court.

Respectfully submitted this 8th day of April, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

John K. Heise
Trial Attorney (CA Bar No. 331615)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611

Washington, D.C. 20044-7611
Tel: 202-305-0421
John.Heise@usdoj.gov

*Attorneys for Defendants*


/s/ Landon Newell (with permission)
Landon Newell (*pro hac vice*)
Hanna Larsen (*pro hac vice*)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
landon@suwa.org
hanna@suwa.org

/s/ Elizabeth L. Lewis (with permission)
Elizabeth L. Lewis (D.C. Bar No. 229702)
William S. Eubanks II (D.C. Bar No. 987036)
EUBANKS & ASSOCIATES, PLLC
lizzie@eubankslegal.com
bill@eubankslegal.com
1629 K Street NW, Suite 300
Washington, D.C. 20006

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 8, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                               /s/ Alison C. Finnegan