UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Civil Action<br>No. 1:24-cv-2476-RC |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Amend the Scheduling Order, it is hereby ORDERED that the motion is GRANTED. The Court enters the following schedule:

1. **April 25, 2025**: Deadline for Plaintiff's motion for summary judgment on the administrative record.

2. **June 18, 2025**: Deadline for Defendants' combined cross-motion for summary judgment on the administrative record and Defendants' opposition to Plaintiff's motion for summary judgment.

3. **July 18, 2025**: Deadline for Plaintiff's combined reply to Defendants' opposition to Plaintiff's motion for summary judgment and Plaintiff's opposition to Defendants' cross-motion for summary judgment.

4. **July 31, 2025**: Deadline for Defendants' reply to Plaintiff's opposition to Defendants' cross-motion for summary judgment.

The parties' summary judgment briefs will conform to the page limits in Local Civil Rule 7 unless otherwise ordered.

2

IT IS SO ORDERED.

Dated: _____       _____
                                                                                                  Rudolph Contreras
                                                                                                  United States District Judge