UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOUTHERN UTAH WILDERNESS ALLIANCE,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR, et al.,

Defendants.

Civil Action
No. 1:24-cv-2476-RC

## NOTICE OF ERRATA

On April 8, 2025, Defendants filed a Joint Motion to Amend Scheduling Order ("Joint Motion") on behalf of the parties. Dkt. 23. The Joint Motion was accompanied by a proposed amended scheduling order. Dkt. 23-1. The proposed order erroneously identified the requested deadline for Defendants' reply to Plaintiff's opposition to Defendants' cross-motion for summary judgment as July 31, 2025, when the parties had agreed on an August 26, 2025 deadline as set forth in the Joint Motion. The proposed order attached to this notice has the correct date and reflects the parties' agreement. Counsel for Defendants conferred with counsel for Plaintiff before filing this errata, and counsel for Plaintiff has no objection.

Respectfully submitted this 8th day of April, 2025.

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General
    Environment & Natural Resources Division

    MEREDITH L. FLAX, Deputy Section Chief
    BRIDGET K. MCNEIL, Assistant Section Chief

    /s/ Alison C. Finnegan
    Alison C. Finnegan, Senior Trial Attorney
    (Pennsylvania Bar No. 88519)

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

John K. Heise
Trial Attorney (CA Bar No. 331615)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-305-0421
John.Heise@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 8, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                      /s/ Alison C. Finnegan