STEPHEN K. KAISER (UT Bar No. 18146)
KATHY A. F. DAVIS (UT Bar No. 4022)
ASSISTANT ATTORNEYS GENERAL
DEREK E. BROWN (UT Bar No. 10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple Street, Suite 300
Salt Lake City, UT  84116
skkaiser@agutah.gov
kathydavis@agutah.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et. al.*,<br><br>Defendants.<br><br>STATE OF UTAH,<br><br>Proposed Intervenor-Defendant. | Case No. 1:24-cv-02476-RC<br><br>**PROPOSED INTERVENOR-DEFENDANT STATE OF UTAH'S MOTION TO INTERVENE**<br><br>Judge Rudolph Contreras |

The State of Utah (the "State") moves to intervene as of right in this action under Federal Rule of Civil Procedure 24(a). Alternatively, the State moves to intervene permissively under Federal Rule of Civil Procedure 24(b). The State intends to intervene as a defendant on all claims asserted in the First Amended Complaint. The State has concurrently filed a legal memorandum in support of this motion and a proposed answer under Federal Rule of Civil Procedure 24(c).[1]

---

[1] Exhibit A is the State's Memorandum in Support of this Motion. Exhibit B is the State's Proposed Answer. Exhibit C is the State's Proposed Order Granting Intervention.

1

Pursuant to Local Civil Rule 7(m), counsel for the State conferred with counsel for the Parties via email. Plaintiff Southern Utah Wilderness Alliance indicated It will wait until Utah's motion to intervene is filed before taking a position on it (if any) . Defendants Department of the Interior, Bureau of Land Management, and Christina Price, take no position on the motion.

Dated this 9th day of April, 2025.

*Attorneys for Proposed Intervenor-Defendant*

/s/ Stephen K. Kaiser
Stephen K. Kaiser
Kathy A. F. Davis
Assistant Attorneys General

CERTIFICATE OF SERVICE

      I certify that on this 9th day of April, 2025, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Columbia and served all parties using the CM/ECF system.

<u>/s/ Stephen K. Kaiser</u>
Attorney for Proposed
Intervenor-Defendant
State of Utah