# Exhibit C

STEPHEN K. KAISER (UT Bar No. 18146)
KATHY A. F. DAVIS (UT Bar No. 4022)
ASSISTANT ATTORNEYS GENERAL
DEREK E. BROWN (UT Bar No. 10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple Street, Suite 300
Salt Lake City, UT  84116
skkaiser@agutah.gov
kathydavis@agutah.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et. al.*,<br><br>Defendants.<br><br>STATE OF UTAH,<br><br>Proposed Intervenor-Defendant. | Case No. 1:24-cv-02476-RC<br><br>**ORDER GRANTING STATE OF UTAH'S MOTION TO INTERVENE**<br><br>Judge Rudolph Contreras |

## ORDER GRANTING STATE OF UTAH'S MOTION TO INTERVENE

Before the Court is a Motion to Intervene filed by the Proposed Intervenor-Defendant, State of Utah ("State" or "Utah"). The State seeks to intervene as a defendant as a matter of right or, alternatively, to intervene permissively. Fed R. Civ. P. 24(a), (b).

The State's Motion to Intervene is hereby granted as of right. The Proposed Answer attached to Utah's Motion to Intervene shall be filed in this case as the State's Answer to the

1

Complaint and shall be deemed to have been served on the parties in accordance with this Court's rules. L. Civ. R. 7(j).

**SO ORDERED.**

DATED: _____

_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

**The following attorneys are entitled to be notified of the entry of this order[1]:**

William Stewart Eubanks, II (for SUWA)
Eubanks & Assoc., PLLC
1629 K Street NW
Washington, DC  20006
(970) 703-6060
bill@eubankslegal.com

Elizabeth Leigh Lewis (for SUWA)
Eubanks & Assoc., PLLC
1629 K Street NW
Washington, DC 20006
(202) 618-1007
lizzie@eubankslegal.com

Landon Newell (for SUWA)
425 East 100 South
Salt Lake City, UT  84111
(801) 428-3991
landon@suwa.org

Hanna C. Larsen (for SUWA)
425 East 100 South
Salt Lake City, UT  84111
(801) 428-3992
hanna@suwa.org

Allison C. Finnegan (for Federal Defendants)
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-0500
Allison.c.finnegan@usdoj.gov

John Karl Heise (for Federal Defendants)
DOJ-ENRD
150 M Street NE
Washington, DC  20002
(202) 305-0421
John.heise@usdoj.gov

---

[1] L. Civ. R. 7(k).