STEPHEN K. KAISER (UT Bar No. 18146)
KATHY A. F. DAVIS (UT Bar No. 4022)
ASSISTANT ATTORNEYS GENERAL
DEREK E. BROWN (UT Bar No. 10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple Street, Suite 300
Salt Lake City, UT  84116
skkaiser@agutah.gov
kathydavis@agutah.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et. al.*,<br><br>Defendants.<br><br>STATE OF UTAH,<br><br>Proposed Intervenor-Defendant. | Case No. 1:24-cv-02476-RC<br><br>**NOTICE OF APPEARANCE OF STEPHEN K. KAISER**<br><br>Judge Rudolph Contreras |

The State of Utah hereby gives notice of the entry of appearance of Stephen K. Kaiser as counsel for the State of Utah. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served upon:

　　Stephen K. Kaiser (UT Bar No. 18146)
　　Assistant Attorney General
　　1594 W. North Temple Street, Suite 300
　　Salt Lake City, UT  84116
　　skkaiser@agutah.gov

1

RESPECTFULLY SUBMITTED, this 9th day of April 2025.

<u>/s/ Stephen K. Kaiser</u>
Stephen K. Kaiser
Assistant Attorney General
*Attorney for Proposed Intervenor-Defendant*

Case 1:24-cv-02476-RC   Document 26   Filed 04/09/25   Page 2 of 3

## CERTIFICATE OF SERVICE

      I certify that on April 9, 2025, the undersigned electronically field the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

                                                      /s/ Stephen K. Kaiser