KATHY A. F. DAVIS (UT Bar No. 4022)
STEPHEN K. KAISER (UT Bar No. 18146)
ASSISTANT ATTORNEYS GENERAL
DEREK E. BROWN (UT Bar No. 10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple Street, Suite 300
Salt Lake City, UT  84116
801-537-9801
kathydavis@agutah.gov
skkaiser@agutah.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et. al.*,<br><br>   Defendants.<br><br>STATE OF UTAH,<br><br>   Proposed Intervenor-Defendant. | Case No. 1:24-cv-02476-RC<br><br>**NOTICE OF APPEARANCE OF KATHY A.F. DAVIS**<br><br>Honorable Judge Rudolph Contreras |

    The State of Utah hereby gives notice of the entry of appearance of Kathy A.F. Davis as counsel for the State of Utah. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served upon:

    Kathy A.F. Davis (UT Bar No. 4022)
    Assistant Attorney General
    1594 W. North Temple Street, Suite 300
    Salt Lake City, UT  84116
    kathydavis@agutah.gov

RESPECTFULLY SUBMITTED, this 14th day of April 2025.

/s/ Kathy A.F. Davis
Kathy A.F. Davis
Assistant Attorney General
*Attorney for Proposed Intervenor-Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on April 14, 2025, the undersigned electronically field the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ Kathy A.F. Davis