IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF THE INTERIOR**, *et al.*, <br><br> Defendants, <br><br> and <br><br> **STATE OF UTAH**, <br><br> Proposed Intervenor-Defendant. | Civil Action No. 1:24-cv-02476-RC <br> The Honorable Rudolph Contreras |

**RESPONSE TO PROPOSED INTERVENOR'S MOTION TO INTERVENE**

Plaintiff Southern Utah Wilderness Alliance (SUWA) hereby responds to the State of Utah's Motion to Intervene file in the above-captioned matter (ECF No. 25). SUWA takes no position on the Motion.

Respectfully submitted this 21st day of April, 2025.

		*/s/ Hanna Larsen*
		Hanna Larsen (*pro hac vice*)
		Landon Newell (*pro hac vice*)
		SOUTHERN UTAH WILDERNESS ALLIANCE
		425 East 100 South
		Salt Lake City, UT 84111
		Tele: (801) 486-3161
		hanna@suwa.org
		landon@suwa.org

Elizabeth L. Lewis (D.C. Bar No. 229702)
William S. Eubanks II (D.C. Bar No. 987036)
EUBANKS & ASSOCIATES, PLLC
1629 K Street NW, Suite 300
Washington, D.C. 20006
Tele: (970) 703-6060
lizzie@eubankslegal.com
bill@eubankslegal.com

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

## CERTIFICATE OF SERVICE

      I certify that on April 21, 2025, I served a copy of the foregoing Notice of Appearance of Counsel via the Court's CM/ECF System, which will serve all counsel of record.

                                                  */s/ Hanna Larsen*
                                                  Hanna Larsen