UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF THE INTERIOR**, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-02476-RC <br><br> Judge Rudolph Contreras |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7, Plaintiff Southern Utah Wilderness Alliance ("SUWA") hereby submits this Motion for Summary Judgment. In support of this Motion, SUWA is filing a Memorandum of Points and Authorities, along with a supporting declaration and a proposed order. As this case is a record review case brought under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, the undisputed facts for purpose of summary judgment are the facts contained in the administrative record. *See, e.g.*, *Zarmach Oil Serv., Inc. v. U.S. Dep't of the Treasury*, 750 F. Supp. 2d 150, 154 (D.D.C. 2010).

SUWA respectfully requests that this Court grant summary judgment in SUWA's favor, declare the Federal Defendants' action arbitrary and capricious and in violation of the APA and National Environmental Policy Act, 42 U.S.C. §§ 4321-4347, and vacate and set aside the Federal Defendants' action. SUWA also requests oral argument on this Motion.

Respectfully submitted this 25th day of April, 2025.

/s/ Hanna Larsen
Hanna Larsen (*pro hac vice*)
Landon Newell (*pro hac vice*)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
hanna@suwa.org
landon@suwa.org

Elizabeth L. Lewis (D.C. Bar No. 229702)
William S. Eubanks II (D.C. Bar No. 987036)
EUBANKS & ASSOCIATES, PLLC
1629 K Street NW, Suite 300
Washington, D.C. 20006
Tele: (970) 703-6060
lizzie@eubankslegal.com
bill@eubankslegal.com

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*