# EXHIBIT 1

## Map of Challenged Leases

*S. Utah Wilderness All. v. U.S. Dep't of the Interior*
Case No. 1:24-cv-02476-RC

