UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>　Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR**, *et al.*,<br><br>　Defendants. | Case No. 1:24-cv-02476-RC<br><br>Judge Rudolph Contreras |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment and Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, any opposition, any reply thereto, any oral argument, and the entire administrative record, it is

ORDERED that Plaintiff's Motion for Summary Judgement is GRANTED;

ORDERED that Federal Defendants' Motion for Summary Judgement is DENIED;

ORDERED that Federal Defendants' decisions to (1) abandon its Master Leasing Plan policy, and (2) reaffirm the thirty-five challenged oil and gas leases for development are VACATED;

ORDERED that the thirty-five challenged leases are VACATED;

ORDERED that Federal-Defendants are enjoined from approving or otherwise acting on any applications for permit to drill on the challenged leases; and

ORDERED that Federal Defendants are enjoined from offering, selling, or issuing new oil and gas leases for development in the former-San Rafael Desert Master Leasing Plan area

until (1) Federal Defendants provide a reasoned explanation for their changed position regarding the Master Leasing Plan policy, and (2) prepare an environmental analysis prior to reopening the public lands in former-planning area for oil and gas leasing and development.

SO ORDERED.

Dated: _____, 2025.

_____
Rudolph Contreras
United States District Judge