# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 24-2476 (RC) |
| | : | | |
| v. | : | Re Document No.: | 25 |
| | : | | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

### GRANTING STATE OF UTAH'S MOTION TO INTERVENE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the State of Utah's Motion to Intervene (ECF No. 25) is **GRANTED**. It is hereby:

**ORDERED** that Intervenor shall file its combined cross-motion for summary judgment on the administrative record and opposition to Plaintiff's motion for summary judgment on or before July 15, 2025; Plaintiff shall file its combined reply and opposition to Intervenor's cross-motion for summary judgment on or before August 5, 2025; and Intervenor shall file its reply on or before August 26, 2025.

**SO ORDERED**.

Dated: June 24, 2025                                          RUDOLPH CONTRERAS
                                                                          United States District Judge