STEPHEN K. KAISER (UT Bar No. 18146)
KATHY A. F. DAVIS (UT Bar No. 4022)
ASSISTANT ATTORNEYS GENERAL
DEREK E. BROWN (UT Bar No. 10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple Street, Suite 300
Salt Lake City, UT  84116
skkaiser@agutah.gov
kathydavis@agutah.gov

*Attorneys for Intervenor-Defendant State of Utah*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *Plaintiff*, v. UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, *Defendants*, and STATE OF UTAH, *Intervenor-Defendant*. | Civil Case No. 1:24-cv-02476-RC **INTERVENOR-DEFENDANT STATE OF UTAH'S JOINDER IN FEDERAL DEFENDANTS' COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** The Honorable Rudolph Contreras |

2

After review of Federal Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (Dkt. 30), and to avoid duplicative argument, Intervenor-Defendant State of Utah joins in and adopts the arguments of the Federal Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. While the State has its own unique regulatory and financial interests in this matter, the Federal Defendants' latest filing responds to Plaintiffs' arguments in a manner that sufficiently responds to those interests. Intervenor-Defendant State of Utah reserves the right to file a Reply in Support of its Cross-Motion as set forth in this Court's Order dated June 24, 2025 (Dkt. 32). Additionally, given that the State has not provided substantive argument in this filing, it has no objection to the Plaintiffs filing one reply pursuant the Court's Order dated April 9, 2024 (Dkt. 24).

Respectfully submitted this 14th day of July, 2025.

/s/ Stephen K. Kaiser
Stephen K. Kaiser
Kathy A. F. Davis
Assistant Attorneys General

*Attorneys for Intervenor-Defendant
State of Utah*

## CERTIFICATE OF SERVICE

      I certify that on July 14, 2025, the undersigned electronically filed the foregoing **DEFENDANT-INTERVENOR STATE OF UTAH'S JOINDER IN FEDERAL DEFENDANTS' COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

                                               */s/ Stephen K. Kaiser*
                                               Stephen K. Kaiser
                                               Assistant Attorney General
                                               Attorney for Intervenor-Defendant