UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *Plaintiff*, v. U.S. DEPARTMENT OF THE INTERIOR, et al., *Defendants*, and STATE OF UTAH *Intervenor-Defendant*. | Civil Action No. 1:24-cv-2476-RC |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties, by and through undersigned counsel, respectfully submit this Joint Motion to Amend the Scheduling Order to adjust deadlines previously established by the Court. *See* Dkt 19, Dkt. 32, Minute Order dated April 8, 2025. On April 8, 2025, the Court granted the parties' Joint Motion to Modify or Amend the Scheduling Order, Dkt. 23, and set forth the revised summary judgment briefing schedule, Minute Order dated April 8, 2025. On April 25, 2025, Plaintiff filed its motion for summary judgment. Dkt. 29. On June 18, 2025, Defendants filed their opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment. Dkt. 30. On June 24, 2025, the Court granted Intervenor-Defendant's motion to intervene, Dkt. 33, and set a revised briefing schedule relating to Intervenor-Defendant's briefing, Dkt. 32. Intervenor-Defendant filed its motion for summary judgment on July 14, 2025. Dkt. 34.

Plaintiff interpreted the Court's Order that granted Intervenor-Defendant's motion to intervene, Dkt. 32, to revise the schedule for all remaining summary judgment briefing, and reset

1

its deadline for a combined response brief—as to the motions for summary judgment by both Defendants and Intervenor-Defendant—to be due August 5, 2025. Defendants understood the Court's Order that granted Intervenor-Defendant's Motion to Intervene, Dkt. 32, to set only the briefing schedule as to Intervenor-Defendant, which would mean that Plaintiff's response was due July 18, 2025.

The parties have conferred, and to resolve any misunderstanding, respectfully request that the schedule be modified as follows:

1. Plaintiff shall file its combined reply to Defendants' opposition to Plaintiff's motion for summary judgment and its opposition to Defendants' cross-motion for summary judgment, as well as to Intervenor-Defendant's motion for summary judgment, on or before **August 5, 2025**; and

2. Defendants and Intervenor-Defendants shall file their reply to Plaintiff's opposition to Defendants' cross-motion for summary judgment on or before **September 12, 2025**.

As articulated in the parties' Joint Status Report (Dkt. 18), the parties' summary judgment briefs will conform to the page limits in Local Civil Rule 7 unless the Court grants permission to deviate from those limits. Pursuant to Local Civil Rule 7(f), the parties continue to defer to the Court on whether oral argument is necessary to resolve the parties' cross-motions for summary judgment, or would otherwise benefit the Court.

Respectfully submitted this July 22, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ *John K. Heise*
John K. Heise
Trial Attorney (CA Bar No. 331615)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-305-0421
John.Heise@usdoj.gov


MEREDITH L. FLAX, Deputy Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief

Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

*Attorneys for Defendants*


/s/ *Hanna Larsen*
Hanna Larsen (*pro hac vice*)
Landon Newell (*pro hac vice*)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
hanna@suwa.org
landon@suwa.org

Elizabeth L. Lewis (D.C. Bar No. 229702)
William S. Eubanks II (D.C. Bar No. 987036)
EUBANKS & ASSOCIATES, PLLC
lizzie@eubankslegal.com
bill@eubankslegal.com

3

1629 K Street NW, Suite 300
Washington, D.C. 20006

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

<u>/s/ *Stephen K. Kaiser* (with permission)</u>
Stephen K. Kaiser
Kathy A. F. Davis
UTAH ATTORNEY GENERAL'S OFFICE
1594 W. North Temple Street
Suite 300
Salt Lake City, UT 84116
385-443-3509
skkaiser@agutah.gov
kathydavis@agutah.gov
Assistant Attorneys General

*Attorneys for Intervenor-Defendant*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Civil Action<br>No. 1:24-cv-2476-RC |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Amend the Scheduling Order, it is hereby ORDERED that the motion is GRANTED. The Court enters the following schedule:

1. **August 5, 2025**: Deadline for Plaintiff's combined reply to Defendants' opposition to Plaintiff's motion for summary judgment, Plaintiff's opposition to Defendants' cross-motion for summary judgment, and Plaintiff's response to Intervenor-Defendant's motion for summary judgment.

2. **September 12, 2025**: Deadline for Defendants' and Intervenor-Defendants' reply to Plaintiff's opposition to Defendants' cross-motion for summary judgment.

The parties' summary judgment briefs will conform to the page limits in Local Civil Rule 7 unless otherwise ordered.

IT IS SO ORDERED.

Dated: _____   _____
                                          Rudolph Contreras
                                          United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *John K. Heise*