# EXHIBIT 2

**BLM's Instruction Memoranda Webpage**

*S. Utah Wilderness All. v. U.S. Dep't of the Interior*
Case No. 1:24-cv-02476-RC

An official website of the United States government  Here's how you know

**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

     

Home | Visit | About | Learn | Services | Get Involved | Programs | Info | States | Contact Us | **Fire Restrictions**

Home > Info > Policy > Instruction Memorandum

# Instruction Memorandum

### Policy

- Manuals
- Handbooks
- **Instruction Memorandum**
- Information Bulletin

Bureau of Land Management instruction memorandum are directives that supplement the BLM manual sections and handbooks. Instruction memoranda or IMs contain new policy or procedures that must reach BLM employees quickly, interpret existing policies or provide one-time instructions.

*The BLM publishes two types of IMs: permanent and temporary.*

- **Permanent IMs** provide lasting guidance that is short in scope. Permanent IMs remain in effect until superseded or deleted.
- **Temporary IMs** offer operational, incident-specific, project-related or one-time policy or guidance for evolving activities. Temporary IMs expire at the end of the third fiscal year following issuance.

Find national and local instruction memorandum in the list below. Use the fiscal year and location drop down menus to filter or narrow your search.  Narrow your results further by entering a word or phrase in the search box below.