STEPHEN K. KAISER (UT Bar No. 18146)
KATHY A. F. DAVIS (UT Bar No. 4022)
ASSISTANT ATTORNEYS GENERAL
DEREK E. BROWN (UT Bar No. 10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple Street, Suite 300
Salt Lake City, UT 84116
skkaiser@agutah.gov
kathydavis@agutah.gov

*Attorneys for Intervenor-Defendant State of Utah*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> *Defendants*, and <br><br> STATE OF UTAH, <br><br> *Intervenor-Defendant*. | Civil Case No. 1:24-cv-02476-RC <br><br> **INTERVENOR-DEFENDANT STATE OF UTAH'S JOINDER IN FEDERAL DEFENDANTS' REPLY IN SUPPORT OF FEDERAL DEFENDANTS' COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> The Honorable Rudolph Contreras |

1

After review of Federal Defendants' Reply in Support of Federal Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (Dkt. 39), and to avoid duplicative argument, Intervenor-Defendant State of Utah joins in and adopts the arguments of the Federal Defendants' Reply in Support of Federal Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. While the State has its own unique regulatory and financial interests in this matter, the Federal Defendants' latest filing responds to Plaintiff's arguments in a manner that sufficiently responds to those interests.

Respectfully submitted this 12th day of September, 2025.

/s/ Stephen K. Kaiser
Stephen K. Kaiser
Kathy A. F. Davis
Assistant Attorneys General

*Attorneys for Intervenor-Defendant State of Utah*

## CERTIFICATE OF SERVICE

      I certify that on September 12, 2025, the undersigned electronically filed the foregoing **INTERVENOR-DEFENDANT STATE OF UTAH'S JOINDER IN FEDERAL DEFENDANTS' REPLY IN SUPPORT OF FEDERAL DEFENDANTS' COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

                                               */s/ Stephen K. Kaiser*
                                               Stephen K. Kaiser
                                               Assistant Attorney General
                                               Attorney for Intervenor-Defendant