IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>  Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR**, *et al.*,<br><br>  Defendants,<br><br>and<br><br>**THE STATE OF UTAH**,<br><br>  Defendant-Intervenor. | Case No. 1:24-cv-02476-RC<br><br>Judge Rudolph Contreras |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE THE JOINT APPENDIX**

Plaintiff Southern Utah Wilderness Alliance ("SUWA") hereby files this unopposed motion for a 14-day extension of time to file the joint appendix—through and including October 10, 2025. *See* LCvR 7(n)(2). Good cause exists for this motion as the parties continue to discuss the relevant portions of the administrative record that should be included in the joint appendix.

Undersigned counsel for SUWA has communicated with counsel for the Federal Defendants and the State of Utah who have stated that they do not oppose this motion.

Respectfully submitted on September 26, 2025.

/s/ Landon Newell

Landon Newell (*pro hac vice*)
Hanna Larsen (*pro hac vice*)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
hanna@suwa.org
landon@suwa.org

Elizabeth L. Lewis (D.C. Bar No. 229702)
William S. Eubanks II (D.C. Bar No. 987036)
EUBANKS & ASSOCIATES, PLLC
lizzie@eubankslegal.com
bill@eubankslegal.com
1629 K Street NW, Suite 300
Washington, D.C. 20006

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*