IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>   Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR**, *et al*.,<br><br>   Defendants,<br><br>and<br><br>**THE STATE OF UTAH**,<br><br>   Defendant-Intervenor. | Case No. 1:24-cv-02476-RC<br><br>Judge Rudolph Contreras |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of the Unopposed Motion for Extension of Time to File the Joint Appendix (ECF Doc. 41), it is hereby ORDERED that the motion is GRANTED. Pursuant to LCvR 7(n)(2), Plaintiff Southern Utah Wilderness Alliance shall file the joint appendix on or before October 10, 2025.

IT IS SO ORDERED.

Dated: _____

_____
Rudolph Contreras
United States District Judge