**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | : | Civil Action No.:    24-2476 (RC) |
| | : | |
| | : | Re Document Nos.:   29, 31, 35 |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| THE STATE OF UTAH | : | |
| | : | |
| Intervenor-Defendant. | : | |

## ORDER

**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND GRANTING DEFENDANTS'
AND INTERVENOR-DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion separately and

contemporaneously issued, Plaintiff's Motion for Summary Judgment (ECF No. 29) is

**DENIED**; and Defendants' and Intervenor-Defendant's Cross-Motions for Summary Judgment

(ECF Nos. 31, 35) are **GRANTED**.

   **SO ORDERED**.


Dated:  December 17, 2025                                       RUDOLPH CONTRERAS
                                                               United States District Judge